# EXHIBIT B

## Civil Part Case Summary

**Case Number:** UNN L-001746-25

**Case Caption:** Atlas Data Privacy C Orporatio  Vs Sterling Data

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Union | **Case Initiation Date:** 04/30/2025 |
| **Case Type:** Other | **Case Status:** Active | **Jury Demand:** None |
| **Case Track:** 1 | **Judge:** Mark P Ciarrocca | **Team:** 2 |
| **Original DED:** 10/09/2025 | **Current DED:** 10/09/2025 | **# of DED Extensions:** 0 |
| **Original Arb Date:** | **Current Arb Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** |

### Plaintiffs

**Atlas Data Privacy Corporation**

| | | |
|---|---|---|
| **Party Description:** Business | **Phone:** | |
| **Address Line 1:** | | |
| **Address Line 2:** | | |
| **City:** | **State:** NJ | **Zip:** 00000 |
| **Attorney Name:** Vito Anthony Gagliardi | | **Attorney Bar ID:** 024821989 |
| **Attorney Email:** VAGAGLIARDI@PBNLAW.COM | | |

**Patrick  Colligan**

| | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** | |
| **Address Line 1:** | | |
| **Address Line 2:** | | |
| **City:** | **State:** NJ | **Zip:** 00000 |
| **Attorney Name:** Vito Anthony Gagliardi | | **Attorney Bar ID:** 024821989 |
| **Attorney Email:** VAGAGLIARDI@PBNLAW.COM | | |

**Peter  Andreyev**

| | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** | |
| **Address Line 1:** | | |
| **Address Line 2:** | | |
| **City:** | **State:** NJ | **Zip:** 00000 |
| **Attorney Name:** Vito Anthony Gagliardi | | **Attorney Bar ID:** 024821989 |
| **Attorney Email:** VAGAGLIARDI@PBNLAW.COM | | |

### Defendants

**Sterling Data Company Llc**

| | | |
|---|---|---|
| **Party Description:** Business | **Phone:** | |
| **Address Line 1:** | | |
| **Address Line 2:** | | |
| **City:** | **State:** NJ | **Zip:** 00000 |
| **Attorney Name:** | | **Attorney Bar ID:** |
| **Attorney Email:** | | |

**Richard Roes 1-10**

| | | |
|---|---|---|
| **Party Description:** Fictitious | **Phone:** | |
| **Address Line 1:** | | |
| **Address Line 2:** | | |
| **City:** | **State:** NJ | **Zip:** 00000 |
| **Attorney Name:** | | **Attorney Bar ID:** |

**Attorney Email:**

| Abc Companies 1-10 | | | |
|---|---|---|---|
| **Party Description:** Fictitious | **Phone:** | | |
| **Address Line 1:** | | | |
| **Address Line 2:** | | | |
| **City:** | **State:** NJ | | **Zip:** 00000 |
| **Attorney Name:** | | | **Attorney Bar ID:** |
| **Attorney Email:** | | | |

| Case Actions | | | |
|---|---|---|---|
| **Filed Date** | **Docket Text** | **Transaction ID** | **Entry Date** |
| 04/30/2025 | Complaint for UNN-L-001746-25 submitted by GAGLIARDI, VITO ANTHONY, PORZIO BROMBERG & NEWMAN PC on behalf of ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV against STERLING DATA COMPANY LLC, RICHARD ROES 1-10, ABC COMPANIES 1-10 | LCV20251272198 | 04/30/2025 |
| 05/01/2025 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20251276208 | 05/01/2025 |
| 05/12/2025 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by PARIKH, RAJIV, D of PEM LAW LLP on behalf of ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV against STERLING DATA COMPANY LLC, RICHARD ROES 1-10, ABC COMPANIES 1-10 | LCV20251374532 | 05/12/2025 |
| 05/14/2025 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by WISNIEWSKI, SARAH, ANNE of PORZIO BROMBERG & NEWMAN PC on behalf of ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV against STERLING DATA COMPANY LLC, RICHARD ROES 1-10, ABC COMPANIES 1-10 | LCV20251397650 | 05/14/2025 |
| 05/14/2025 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by BRUNETTI, ALFRED, R of PORZIO BROMBERG & NEWMAN PC on behalf of ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV against STERLING DATA COMPANY LLC, RICHARD ROES 1-10, ABC COMPANIES 1-10 | LCV20251398169 | 05/14/2025 |
| 06/05/2025 | AFFIDAVIT OF SERVICE submitted by GAGLIARDI, VITO, ANTHONY of PORZIO BROMBERG & NEWMAN PC on behalf of ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV against STERLING DATA COMPANY LLC | LCV20251687223 | 06/05/2025 |

```
UNION COUNTY SUPERIOR COURT
2 BROAD STREET
CIVIL DIVISION
ELIZABETH        NJ 07207
                                          TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (908) 787-1650
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:   APRIL 30, 2025
                         RE:     ATLAS DATA PRIVACY C ORPORATIO  VS STERLING DATA
                         DOCKET: UNN L -001746 25

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 1.

     DISCOVERY IS   150 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON MARK P. CIARROCCA

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     002
AT:  (908) 787-1650 EXT 21493.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:
                              ATT: VITO A. GAGLIARDI
                              PORZIO BROMBERG & NEWMAN PC
                              100 SOUTHGATE PKWY
                              PO BOX 1997
                              MORRISTOWN       NJ 07962-1997


ECOURTS
```

| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh, Esq. (032462005)<br>1 Boland Drive, Suite 101<br>West Orange, New Jersey 07502<br>Telephone: (973) 577-5500<br>Facsimile: (973) 860-4433<br>Email: rparikh@pemlawfirm.com<br><br>*Attorneys for Plaintiffs* | **PORZIO, BROMBERG & NEWMAN, P.C.**<br>Vito A. Gagliardi, Jr., Esq. (024821989)<br>Alfred R. Brunetti, Esq. (028212002)<br>Sarah A. Wisniewski, Esq. (434562023)<br>100 Southgate Parkway<br>Morristown, New Jersey 07962<br>Telephone: (973) 538-4006<br>Fax: (973) 538-5146<br>Email:  vagagliardi@pbnlaw.com<br>          arbrunetti@pbnlaw.com<br>          sawisniewski@pbnlaw.com |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING DATA COMPANY LLC, et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION—UNION COUNTY<br>DOCKET NO.: UNN-L-1746-25<br><br>**<u>CIVIL ACTION</u>**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is hereby entering an appearance as co-counsel of record for Plaintiffs in the above-captioned action.

                                  **PEM LAW LLP**
                                  *Attorneys for Plaintiffs*


                                *s/ Rajiv D. Parikh*
                                RAJIV D. PARIKH, ESQ.

Dated: May 12, 2025

**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Kathleen Barnett Einhorn, Esq. (040161992)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email: rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**PORZIO, BROMBERG & NEWMAN, P.C.**
Vito A. Gagliardi, Jr., Esq. (024821989)
Alfred R. Brunetti, Esq. (028212002)
Sarah A. Wisniewski, Esq. (434562023)
100 Southgate Parkway
Morristown, New Jersey 07962-1997
Telephone: (973) 538-4006
Fax: (973) 538-5146
Email: vagagliardi@pbnlaw.com
arbrunetti@pbnlaw.com
sawisniewski@pbnlaw.com

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Patrick Colligan and Peter Andreyev*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, UNION COUNTY<br>DOCKET NO.: UNN-L-1746-25<br><br>**CIVIL ACTION**<br><br>**NOTICE OF APPEARANCE** |

TO:   Clerk of Superior Court of New Jersey
Union County Courthouse
2 Broad Street
Elizabeth, New Jersey 07207

Sir or Madam:

Kindly enter my appearance to serve as counsel on behalf of Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Patrick Colligan and Peter Andreyev.

1

8113796

          **PORZIO, BROMBERG & NEWMAN, P.C.**
          Attorneys for Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Patrick Colligan and Peter Andreyev

By:     *s/*Sarah A. Wisniewski
              Sarah A. Wisniewski
              An Attorney of the Firm

Dated: May 14, 2025

| | |
|---|---|
| **PEM LAW LLP** <br> Rajiv D. Parikh, Esq. (032462005) <br> Kathleen Barnett Einhorn, Esq. (040161992) <br> Jessica A. Merejo, Esq. (288592020) <br> 1 Boland Drive, Suite 101 <br> West Orange, New Jersey 07052 <br> Telephone: (973) 577-5500 <br> Email: rparikh@pemlawfirm.com <br> keinhorn@pemlawfirm.com <br> jmerejo@pemlawfirm.com | **PORZIO, BROMBERG & NEWMAN, P.C.** <br> Vito A. Gagliardi, Jr., Esq. (024821989) <br> Alfred R. Brunetti, Esq. (028212002) <br> Sarah A. Wisniewski, Esq. (434562023) <br> 100 Southgate Parkway <br> Morristown, New Jersey 07962-1997 <br> Telephone: (973) 538-4006 <br> Fax: (973) 538-5146 <br> Email: vagagliardi@pbnlaw.com <br> arbrunetti@pbnlaw.com <br> sawisniewski@pbnlaw.com |

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Patrick Colligan and Peter Andreyev*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> v. <br><br> STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION, UNION COUNTY <br> DOCKET NO.: UNN-L-1746-25 <br><br> **CIVIL ACTION** <br><br> **NOTICE OF APPEARANCE** |

TO:  Clerk of Superior Court of New Jersey
     Union County Courthouse
     2 Broad Street
     Elizabeth, New Jersey 07207

Sir or Madam:

    Kindly enter my appearance to serve as counsel on behalf of Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Patrick Colligan and Peter Andreyev.

8113799

**PORZIO, BROMBERG & NEWMAN, P.C.**
Attorneys for Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Patrick Colligan and Peter Andreyev

By:    *s/*Alfred R. Brunetti
           Alfred R. Brunetti
         An Attorney of the Firm

Dated: May 14, 2025

2

8113799