# EXHIBIT C

Job # 13307570
Ref # 20250512171411

# Affidavit of Process Server

(Amended as to case number)

_In The Superior Court of New Jersey in and for Union County, Law Division_
(NAME OF COURT)

| Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe-1, a law enforcement officer, and William Sullivan | VS | TopHap, Inc., et al | UNN L 1746 25 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Sharlene Brooks**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served _Sterling Data Company LLC_
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Letter Dated May 12, 2025; Summons; Complaint; Case Information Statement; Track Assignment Notice; Document Preservation Letter; First Request for the Production of Documents; and First Set of Interrogatories (Received May 13, 2025 at 11:29am EDT)

by leaving with _Alyssa Daniel's, Corporate Specialist authorized to accept_
NAME/RELATIONSHIP/TITLE

**Service Address:** Northwest Registered Agent Service, Inc., Registered Agent 8 The Green, Suite B, Dover, DE 19901

**On** Tue, May 13 2025    **AT** 03:20 PM
DATE                                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
- [ ] **Personal:** By personally delivering copies to the person being served.
- [ ] **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
- [ ] **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
- [X] **Corporate:** By personally delivering copies to the person named above.
- [ ] **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
- [ ] Inquired if subject was a member of the U.S. Military and was informed they are not.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

- [ ] Unknown at Address  [ ] Moved, Left no Forwarding  [ ] Service Cancelled by Litigant  [ ] Unable to Serve in Timely Fashion
- [ ] Address Does Not Exist  [ ] Other _____

**Description of Person Served Based Upon the Undersigned's Perception:**
Age: 32 Sex: Female Race: Caucasian Height: 5'6" Weight: 180 Hair: Brown Other:

Date: June 03, 2025

_Sharlene Brooks_
SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on June 03, 2025 (Date)

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028