**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel (609) 987-0050
Fax (609) 951-0824

*Attorneys for Defendant Sterling Data Company LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>　　　　　　　Defendants. | Case No.:<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on this date, as counsel for Defendant Sterling Data Company LLC, I caused to be filed, via electronic filing, the following documents with the United States District Court for the District of New Jersey:

1. Notice of Removal to the United States District Court;

2. Civil Cover Sheet; and

3. This Certification of Service.

I hereby certify that on this date, I caused copies of the foregoing documents to be served via electronic mail and regular mail upon:

>Vito A. Gagliardi, Jr., Esq.
>Alfred R. Brunetti, Esq.
>Sarah A. Wisniewski, Esq.
>Porzio, Bromberg & Newman, P.C.
>100 Southgate Parkway
>Morristown, NJ 07962-1997
>vagagliardi@pbnlaw.com
>arbrunetti@pbnlaw.com
>sawisniewksi@pbnlaw.com
>*Attorneys for Plaintiff*
>
>-and-
>
>Rajiv D. Parikh, Esq.
>Kathleen Barnett Einhorn, Esq.
>Jessica A. Merejo, Esq.
>PEM Law LLP
>1 Boland Drive, Suite 101
>West Orange, New Jersey 07052
>Tel.: (973) 577-5500
>rparikh@pemlawfirm.com
>keinhorn@pemlawfirm.com
>jmerejo@pemlawfirm.com

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**REED SMITH LLP**

*/s/ David G. Murphy*
David G. Murphy, Esq.

Dated: June 11, 2025