**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel (609) 987-0050
Fax (609) 951-0824

*Attorneys for Defendant Sterling Data Company LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> v. <br><br> STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Case No.: 1:25-cv-09963-HB <br><br><br><br> **DEFENDANT STERLING DATA COMPANY LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Sterling Data Company LLC hereby states that no publicly traded company owns more than 10% of Sterling Data Company LLC and there is no parent company.

                                                        **REED SMITH LLP**

                                                        */s/ David G. Murphy*
                                                        David G. Murphy, Esq.

Dated: June 13, 2025