

**Driving progress through partnership**

**David Murphy**
Email: dmurphy@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

October 15, 2025

<u>**Via ECF & Courtesy Copy Via Email**</u>

Hon. Harvey Bartle, III, U.S.D.J.
16614 U.S. Courthouse
601 Market Street, Courtroom 16-A
Philadelphia, Pennsylvania 19106

Re: <u>**Atlas Data Privacy Corporation v. Sterling Data Company LLC**</u>
     **Civil Action No.: 1:25-cv-9963-HB**

Dear Judge Bartle:

  This firm represents Defendant Sterling Data Company LLC ("Sterling"). We submit this letter to respectfully request an extension of the deadlines in the Court's September 12, 2025 Order (Dkt. No. 11), which established a briefing schedule for Sterling's anticipated dispositive motion pursuant to *Fed. R. Civ. P.* 12(b)(6). (Dkt. No. 11). Sterling requests a modest extension of ten (10) days for each deadline in the Order, which would result in the following schedule:

- Sterling's *Rule* 12 motion to be filed by October 27, 2025;
- Plaintiffs' response to Sterling's motion to be filed by November 24, 2025; and
- Sterling's reply in further support of its motion to be filed by December 8, 2025.

  This is Sterling's first request for an extension. The extension is requested to because Sterling requires more time to adequately prepare its motion, which has been delayed due to scheduling conflicts for undersigned counsel in other matters since the Court vacated the stay in this matter on September 12, 2025. Specifically, between September 12, 2025 and the present date, counsel has attended multiple previously scheduled court appearances in the Supreme Court of New York, attended oral argument on summary judgment motions pending in the Superior Court of New Jersey, prepared and appeared for a trial call in the Superior Court of New Jersey, attended a mandatory mediation, and prepared various other motion submissions in matters pending in New Jersey and New York state and federal courts. To complicate matters further, this firm is also experiencing an information technology outage that is precluding further progress on this and other matters today. Finally, an extension is also warranted because the parties are actively engaged in settlement discussions, which may obviate the need for any dispositive motion practice altogether.

  Undersigned counsel has conferred with counsel for Plaintiff about this extension via email and video conference, and Plaintiff's counsel has neither objected nor consented to this extension request. Counsel for Plaintiff, Alfred R. Brunetti, Esq., indicated that he is conferring with his client about the

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware

October 15, 2025
Page 2

extension request, but to date, a formal response to the extension request has not been provided. Notwithstanding the lack of a formal response, no objection to the extension request has been made.

    Sterling respectfully submits that this extension, if granted, will not prejudice any other deadlines, parties, or the Court. We thank the Court for its time and attention with this matter. If Your Honor needs any additional information, please do not hesitate to contact us.

                                                        Respectfully Submitted,

                                                        */s/ David G. Murphy*
                                                        David G. Murphy

cc:      Counsel of Record (via ECF and Email