IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STERLING DATA COMPANY LLC, et al. | : | No. 25-9963 |

ORDER

AND NOW, this 15th day of October 2025, pursuant to the letter request of the defendant Sterling Data Company LLC, it is hereby ORDERED that:

(1)  the court's Order of September 12, 2025 is VACATED as to this defendant;

(2)  all pretrial motions by this defendant under Rule 12 of the Federal Rules of Civil Procedure, together with supporting briefs, shall be filed on or before October 27, 2025;

(3)  this defendant may rely on and reference briefs of other Defendants previously filed in related Daniel's Law cases;

(4)  with respect to any motion under Rule 12(b)(6), plaintiffs shall file any responsive briefs on or before November 24, 2025 and likewise may rely on and reference previously filed briefs;

(5)  this defendant shall file any reply brief on or before December 8, 2025;

  (6) with respect to any motion under Rule 12(b)(2), plaintiffs may serve interrogatories only on or before October 28, 2025;

  (7) this defendant shall serve answers to the interrogatories on or before November 28, 2025;

  (8) plaintiffs may then take depositions limited to the issue of personal jurisdiction.  All such depositions shall be completed by December 22, 2025; and

  (9) no further briefing on motions under Rule 12(b)(2) shall take place without further order of court.

          BY THE COURT:


          /s/  Harvey Bartle III
                        J.