# EXHIBIT A





Leave Us a Note    Schedule a Demo

# Terms and Conditions of Use

Date Last Revised: February 7, 2023



Privacy - Terms

Terms and Conditions of Use

Last Updated: February 7, 2023

THESE TERMS ARE IMPORTANT AND AFFECT YOUR LEGAL RIGHTS. PLEASE CAREFULLY READ THIS TERMS AND CONDITIONS OF USE & PRIVACY POLICY PRIOR TO USING OUR WEBSITE. THESE TERMS CONTAIN A BINDING ARBITRATION CLAUSE. PLEASE READ THESE TERMS AND THE ARBITRATION PROVISION SO THAT YOU ARE AWARE OF YOUR LEGAL RIGHTS.

TERMS AND CONDITIONS OF USE

### Section 1 – Introduction & Consent to Terms

Welcome Sterling Data Company LLC, a Maryland limited liability company, and its affiliates and related parties (referred to herein as "Sterling, "we", "us", or "our") Terms & Conditions of Use (referred to herein as the "Terms"). Sterling is a company engaged in assisting candidates, campaigns, and nonprofits with fundraising efforts, with a variety of products and services (referred to herein as our "Services").

These Terms apply to all users of our websites – https://www.sterling.ai/ and https://sterlingdatacompany.com/ and https://www.sterlingstrategies.co/ (each, a "Website").

**If you do not agree to these Terms, we ask that you please not use our Website. Use of our Website constitutes explicit acceptance of these Terms.**

We reserve the right to modify the contents of these Terms at any time. You agree that it is your responsibility to monitor changes to these Terms. Any modification to these Terms will be notated at the top of these Terms.

### Section 2 – Eligibility, User Account, & Technological Requirements

Access to and use of our Website is not meant to be used by anyone under the age of eighteen (18) and we do not target persons under this age. By using our Website, you represent and warrant that (a) you are at least eighteen (18) years old and (b) have a working smartphone or computer.

Your use of our Services involves hardware, software, and access to the internet. These system requirements may change from time to time. You acknowledge and

agree that all system or internet requirements for our Services is/are your sole responsibility, and you acknowledge and agree that failure to comply with all hardware, software, and internet requirements will be borne solely by you.

To register for our Services or the Services of one of our affiliates or related companies, you are required to create a user account through our Website (a "User Account") or directly with us or our affiliates or related companies via a separate written contractual agreement, and provide all information as requested when prompted to create a user account (referred to herein as becoming a "User"). The specific elements of our Services can be accessed through your User Account.

By registering for our Services and becoming a User, you further represent and warrant that (a) all information submitted is true and correct to the best of your knowledge; (b) if there are any errors or inaccuracies on your User Account, you will update this information as soon as you discover the inaccuracy; (c) you will maintain and continue to update your User Account to ensure that at all times it is current and accurate; and (d) you are only authorized to register a third-party if you have unambiguous consent from that person, preferably in writing, to do so. You will solely be responsible for any and all issues arising out of signing up a third-party.

By signing up and becoming a User or by providing your contact information through our Website, you explicitly consent to receive marketing and other communications related to our Services, products, and future product offerings. You are able to terminate this consent in accordance with our Privacy Policy.

You are solely responsible for maintaining confidentiality of your password and account information and are responsible for all activity that takes place on your account. We are not responsible for any activity through your User Account.

Section 3 – Sterling Intellectual Property

The contents of our Website are protected by United States and international copyright laws. The contents of our Website are owned exclusively by Sterling or licensed to us.

You may not, and may not cause or encourage others to, reproduce, distribute, display, sell, transfer, assign, license or use for commercial purposes any copyrighted material on our Website (the "Intellectual Property") without our prior written consent. All rights not expressly granted in these Terms are reserved to Sterling.

Sterling and its name, logos, slogans, or otherwise are trademarks or service marks ("Marks") of Sterling. All rights in these Marks are reserved by Sterling. You may

not use any Sterling-provided Marks or other logos or graphics, without our prior written consent.

We grant you a limited, revocable, non-transferable and non-exclusive license to access and make personal use of our Website. This limited license does not include the right to: (a) republish, redistribute, transmit, sell, license or download anything on our Website, except as is necessary to view and/or use our Website; (b) make any use of our Website other than uses consistent with our Services or exploring the Services; (c) modify, reverse engineer or create any derivative works based upon our Website; (d) collect account information for the benefit of yourself or another party; or (e) use software robots, spiders, crawlers, or similar data gathering and extraction tools, or take any other action that may impose an unreasonable burden or load on our infrastructure.

Any unauthorized use by you of our Website automatically terminates this license without prejudice to any other remedy provided by applicable law or these Terms.

### Section 4 – Your Content

If you send submissions of any kind, with or without a request from us, including ideas, suggestions, or otherwise, whether online, by email, or otherwise ("Submissions"), you agree that we may, at any time, without restriction, edit, copy, publish, distribute, translate, and otherwise use in any medium any Submissions that you forward to us. This does not include any confidential or personal information that you send to us (such as when signing up for our Services).

We are and shall be under no obligation (1) to maintain any Submissions in confidence; (2) to pay compensation to you for any Submissions; or (3) to respond to any Submissions.

By you submitting Submissions to us, you hereby transfer and assign any claim to any rights that you may have had in those Submissions and do so with full acknowledgment of the same. You agree that your Submissions will not violate any right of any third-party, including copyright, trademark, privacy, personality or other personal or proprietary right. We take no responsibility and assume no liability for any Submissions submitted by you.

### Section 5 – Third Party Content and Third-Party Waiver

Our Website may contain links to third-party websites or services that are not owned or controlled by us. Sterling has no control over, and assumes no responsibility for, the content, privacy policies, or business practices of any third-

party companies or persons. We strongly encourage you to read the terms and conditions and privacy policies of any third-party websites or services that you visit.

You understand that Sterling may use licensed materials or content on our Website and that there is no agency relationship between Sterling and any of these third-party persons or entities, all of whom are separate from Sterling.

By using our Website, you expressly waive Sterling, our employees, agents, owners, and principals from all liability arising from your use of any content, plans, or services provided by third-parties.

YOU AGREE THAT STERLING WILL NOT, UNDER ANY CIRCUMSTANCES, BE RESPONSIBLE OR LIABLE, DIRECTLY OR INDIRECTLY, FOR ANY CONTENT OF ANY KIND OR FOR ANY HARM RELATED THERETO, OR FOR ANY DAMAGES OR LOSS CAUSED OR ALLEGED TO BE CAUSED BY OR IN CONNECTION WITH YOUR USE OR RELIANCE ON THE CONTENT OF ALL CONTENT PROVIDED BY A THIRD-PARTY.

### Section 6 – Community Guidelines

You are prohibited from using our Website or Services:

1. for any unlawful purpose;
2. to solicit others to perform or participate in any unlawful acts;
3. to violate any international, federal, provincial or state regulations, rules, laws, or local ordinances; or
4. for any obscene or immoral purpose.

We reserve the right to terminate your use of our Website or Services for violating any of these community guidelines.

### Section 7 – Copyright Infringement

If you believe that your copyright has been infringed by Sterling, please immediately send us a notice to privacy@sterling.ai with the following information:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.
3. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled,

and information reasonably sufficient to permit the service provider to locate the material.

4. Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

5. A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

We respond to notices of copyright infringement immediately and take any such allegations seriously. The reported content will be taken down within seventy-two (72) hours of written notice unless it is clear that your notice is spam or if we have evidence that your claim is false.

Sterling prohibits any infringement of intellectual property rights by any user of our Website and Services.

### Section 8 – Term & Errors

These Terms will remain active and in full force and effect so long as they are posted on our Website.

Occasionally there may be information on our Website that contains typographical errors, inaccuracies or omissions that may relate to descriptions, pricing, promotions, offers, and availability. We reserve the right to correct any errors, inaccuracies, or omissions, at any time.

### Section 9 – ADA Compliance

If you believe that you are or may be covered by the Americans with Disabilities Act of 1990, as amended (the "ADA Act"), please reach out to us with any issues or concerns you have governing our Website and/or these Terms. We will be more than happy to assist you to ensure that you are able to access our Website and our Services.

### Section 10 – Disclaimer

OUR WEBSITE IS PROVIDED 'AS IS' AND, TO THE EXTENT PERMITTED BY APPLICABLE LAW, STERLING AND ITS OWNERS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, REPRESENTATIVES, LICENSORS, THIRD PARTY

PROVIDERS AND AFFILIATES, EXCLUDE ALL REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, SATISFACTORY QUALITY, AND FITNESS FOR A PARTICULAR PURPOSE.

WE DO NOT AND CANNOT GUARANTEE PERFECT AVAILABILITY OF OUR WEBSITE, WHICH MAY BE INACCESSIBLE, IN FULL OR IN PART, FROM TIME TO TIME. IN ADDITION, SOFTWARE UPDATES, BUGS, OR OTHER REASONS WHY OUR WEBSITE MAY BE TEMPORARILY DOWN COULD BE A TIME-TO-TIME OCCURRENCE. BY USING OUR WEBSITE, YOU ACKNOWLEDGE AND AGREE THAT OPERATING A WEBSITE IS LIKE OWNING A LUXURY VEHICLE – UNEXPECTED ISSUES DO ARISE FROM TIME TO TIME AND SHOULD BE EXPECTED. YOU WILL NOT HAVE UNINTERRUPTED SERVICE OF OUR WEBSITE AT ALL TIMES.

WE EXPRESSLY DISCLAIM ANY LIABILITY FOR LOSS OR DAMAGE SUSTAINED BY YOU AS A RESULT OF USING OUR SERVICES.

### Section 11- Limitation of Liability

WE SHALL NOT BE LIABLE TO YOU FOR INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, EVEN IF WE WERE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, NOR SHALL WE BE HELD LIABLE FOR DELAY OR FAILURE IN PERFORMANCE RESULTING FROM CAUSES BEYOND OUR REASONABLE CONTROL. IN NO EVENT SHALL OUR TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES AND CAUSES OF ACTION EXCEED THE TOTAL AMOUNT STERLING RECEIVED IN CONNECTION WITH YOUR SERVICES, OR IF YOU HAVE NOT USED OUR SERVICES, TEN DOLLARS ($10.00).

YOU AGREE THAT NO CLAIMS OR ACTION IN CONTRACT, WARRANTY, OR IN TORT (INCLUDING NEGLIGENCE) ARISING OUT OF, OR RELATED TO, THE USE OF OUR WEBSITE, OUR SERVICES, OR THESE TERMS MAY BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE CAUSE OF ACTION RELATING TO SUCH CLAIM OR ACTION AROSE. IF YOU ARE DISSATISFIED WITH OUR WEBSITE OR SERVICES, YOU ARE NOT REQUIRED TO CONTINUE TO USE OUR WEBSITE OR SERVICES. WE HAVE NO OTHER OBLIGATION, LIABILITY, OR RESPONSIBILITY TO YOU.

### Section 12 – Indemnification

You agree to defend, indemnify and hold Sterling, its agents, employees, directors, officers, owners, etc. harmless for any loss, damages or costs, including reasonable

attorneys' fees, resulting from any claim, action, or demand arising from (i) your use of our Website or Services; (ii) your breach of these Terms; or (iii) breach of applicable law.

### Section 13- FTC Disclosures

In connection with our Website: (i) we may run advertisements on our Website concerning third-parties who may provide us compensation to be advertised on our Website; and (ii) we may receive compensation if you click one of the links on our Website.

### Section 14 – General Provisions

*Entire Agreement.*  These Terms contains the entire agreement between you and Sterling except for any Services-related contracts you have entered into with Sterling.

*Waiver.*  The failure by Sterling to enforce any provision of these Terms shall not be construed as a waiver or limitation of our right to subsequently enforce and compel strict compliance with every provision of this Agreement.

*Assignment.*  You may not assign, pledge, delegate, or otherwise transfer any of your rights or obligations under this Agreement without Sterling prior written consent.

*Relationship.* Nothing in these Terms shall create, or is intended to create an agency, employment, franchise, joint venture, or partnership relationship between you and Sterling.

*Applicable Law/Dispute Resolution.*  This Agreement shall be governed by the laws of the State of Delaware. Any dispute arising from this Agreement shall be subject to binding arbitration in Los Angeles, California. The prevailing Party in any dispute shall be entitled to recover its/his/her reasonable attorney's fees and costs. The governing rules shall be the rules, then-implemented, by the American Arbitration Association commercial division. Sterling and you agree that any such final decisions may be presented to a court of competent jurisdiction for purposes of being confirmed as a judgment enforceable under the law in which that party is domiciled or where their headquarters are located. Should either party forego arbitration, that party shall be barred from recovering their attorneys' fees or costs.

*Severability.*  If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable.  If an arbitrator or panel of arbitrators finds that any provision of

this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

*Updates.* We recommend that you check the Terms periodically for updates.

**LEARN MORE**

Product Calculator
Schedule a Demo
FAQs
Pricing Options

**PRODUCTS**

Data Acquisition
Texting List Rentals
Data Enrichment

**COMPANY**

About Sterling
Newsroom
Knowledge Base
Leave Us a Note

**POLICIES**

Terms of Use
Privacy Policy
Cookie Policy
Do Not Sell Form

**FOLLOW US ON SOCIAL MEDIA**





Sterling acknowledges and respects the Global Privacy Control Signal sent by a user's browser, meaning we will not sell a user's personal information if the GPC is activated, in accordance with the California Consumer Privacy Act (CCPA), and other applicable data privacy laws.

By using our website, you agree to our terms of use, privacy policy and use of cookies. We use cookies to provide you with a great experience and to help our website run effectively. For Do Not Sell My Information requests and other Personal Information requests, use the form found at the bottom of our Privacy Policy.

Terms of Use | Privacy Policy | Cookie Policy

