# EXHIBIT C



Industries  Products  Company  Newsroom  Contact    Leave Us a Note    Schedule a Demo

**Free Testers Available**

# Sterling for Politics

Harness the power of AI. Maximize fundraising for your campaign, PAC, or party committee.

**Email Acquisition**
Get active, deliverable email targets to reach your audience.

**Mobile Acquisition**
Get active, deliverable mobile targets to reach your audience.

**P2P Texting List Rentals**
Rent a mobile fundraising list for a day and convert donors with ease.

**Cell Matching**
Enrich existing lists with mobile numbers.

     

**THE STERLING ADVANTAGE**

# Political Benefits



### Fast Returns
Most Sterling clients see their lists achieve 100% ROI within 6 months. That's our AI-driven targeting and industry-leading contact info at work.



### Guaranteed Performance
We know how important every buy is for your budget so we look for ways to ensure your buy succeeds. We want to hear your feedback on lists and see how we can help them perform.



### Flexible Payment Options
Sterling allows qualified campaigns to pay off their costs through their returns. That could mean monthly installments or payments tied to ROI milestones.



### No Contract Shenanigans
Our contracts are straightforward and do not lock you into anything you didn't sign up for.



**Sterling For Politics**

Acquisition done right. Quality data at the lowest prices.

Schedule a demo

**OUR IMPACT**

# Your Success

## 100%
**ROI on List Acquisition Within 3 Months**

- AI-driven targeting to connect with donors who are motivated to give.
- Confirmed contact info to actually reach prospective donors.

## 70-150%
**ROI on P2P Texting List Rental Within 48 hours**

- Acquire up to thousands of new donors with each rental list you send.
- 140-500% ROI in 3 months (after additional solicitation from the campaign).

## 70-100%
**Match Rates for your Missing Data**

- Get a leg up on your competition when you can reach leads that they can't.
- We are contact data specialists; no data company matches this many emails & phones with such high accuracy.

# Product Calculator

SELECT SERVICE
List Acquisition

PRODUCT TYPE
Select

YOUR BUDGET
$









OUR WORK

# News & Articles



**The AI political campaign is here**

Learn More...



**How AI is already changing the 2024 election**

Learn More...



**US braces for first election battle fought with new AI tools**

Learn More...



**Will AI decide America's next president?**

Learn More...

**WORK WITH STERLING**

# You're in Good Company

Whether your goal is to identify the best targets, find accurate contact information, or enrich your current data, we use data technologies to make outreach efficient and effective. Our AI-driven targeting, quality data, and hands-on support help you easily reach the right people — right where they are.



### The Right Targets

Our unparalleled contact data, paired with precise targeting, make your outreach more efficient and effective. Using the power of AI, we can quickly identify the right targets and gather reliable contact information to guarantee ROI.





### Accurate Contact Information

It's one thing to identify the best targets. It's another to actually get a hold of them. Our Precise AI Verification system identifies a target's primary email addresses and confirms their mobile numbers, giving you accurate, high-quality contact data.



### Clients First

We have worked with over 1,000 campaigns, nonprofits, and businesses. Regardless of the cost, we've always put their needs above our profits.

**AS SEEN IN**

Forbes    CNN    AXIOS    BBC    BUSINESS INSIDER    The Atlantic

DAILY BEAST    The Telegraph    Bloomberg    The Washington Times



| Contact Sterling | Pricing Inquiry | Sterling in Action! |
|---|---|---|
| Shoot us an email at hello@sterling.ai or submit a form. | Send us some information on what you're looking for. | Schedule a call to see how Sterling can help. |
| Submit a form | Send a pricing inquiry | Schedule a demo |

**LEARN MORE**
- Product Calculator
- Schedule a Demo
- FAQs
- Pricing Options

**PRODUCTS**
- Data Acquisition
- Texting List Rentals
- Data Enrichment

**COMPANY**
- About Sterling
- Newsroom
- Knowledge Base
- Leave Us a Note

**POLICIES**
- Terms of Use
- Privacy Policy
- Cookie Policy
- Do Not Sell Form

**FOLLOW US ON SOCIAL MEDIA**



Sterling acknowledges and respects the Global Privacy Control Signal sent by a user's browser, meaning we will not sell a user's personal information if the GPC is activated, in accordance with the California Consumer Privacy Act (CCPA), and other applicable data privacy laws.

By using our website, you agree to our terms of use, privacy policy and use of cookies. We use cookies to provide you with a great experience and to help our website run effectively. For Do Not Sell My Information requests and other Personal Information requests, use the form found at the bottom of our Privacy Policy.

Terms of Use | Privacy Policy | Cookie Policy