# EXHIBIT D

**Sterling**

Industries    Products    Company    News    Files    Schedule a Demo

Free Testers Available

# AI-Driven Data Acquisition as a Service

Sterling makes it easy for campaigns, causes, and companies to find and connect with the people who care.



### Sterling for Politics

Political Donor Acquisition via Email + SMS

Learn more...



### Sterling for Nonprofits

Nonprofit Donor Acquisition via Email + SMS

Learn more...



### Sterling for Business

Contact Information for B2B and B2C Businesses

Learn more...

     

# You're in Good Company

Whether your goal is to identify the best targets, find accurate contact information, or enrich your current data, we use data technologies to make outreach efficient and effective. Our AI-driven targeting, quality data, and hands-on support help you easily reach the right people — right where they are.



### The Right Targets

Our unparalleled contact data, paired with precise targeting, make your outreach more efficient and effective. Using the power of AI, we can quickly identify the right targets and gather reliable contact information to guarantee ROI.



### Effortless Outreach

We make outreach feel effortless — for a new campaign fundraiser or an experienced development officer. Our products are thoughtfully designed with simplicity in mind, so our clients can spend more time engaging in meaningful conversations with prospective audiences instead of navigating complicated systems and spreadsheets.



### Clients First

Sterling has helped thousands of campaigns, causes, and companies find and connect with the people who care about their issues. We provide top-notch data and products at a fraction of the cost, ensuring our clients can achieve impactful results without breaking the bank.



AS SEEN IN

  BBC BUSINESS INSIDER *The* Atlantic

DAILY BEAST The Telegraph Bloomberg 

OUR SOLUTIONS

# Products



### Data Acquisition

Don't have people to contact? We can find them for you.

**Learn More…**



### Data Enrichment

Missing mobile numbers or email addresses for your contacts? We can fill in those blanks.

**Learn More…**



### Texting List Rentals

Rent a mobile fundraising list for a day and see high ROI.

**Learn More…**

# Product Calculator



SELECT SERVICE

Data Acquisition ⌄

PRODUCT TYPE

Select ⌄

YOUR BUDGET

$                                                                    USD

**Total Deliverables**

📷  Pay now

📅  Pay Later*

🍃  Pay with ROI*

*Available to qualified committees only. Payment windows vary based on Sterling's assessment.

**Pricing may vary depending on discount and volume.

**Learn About Pricing**

---

OUR WORK

# News & Articles



**The AI political campaign is here**

Learn More…



**How AI is already changing the 2024 election**

Learn More…



**US braces for first election battle fought with new AI tools**

Learn More…



**Will AI decide America's next president?**

Learn More…



**IT STARTS WITH A HELLO**

# Get in Touch!



### Contact Sterling

Shoot us an email at acq@sterling.ai or submit a form.

**Submit a form**



### Pricing Inquiry

Send us some information on what you're looking for.

**Send a pricing inquiry**



### Sterling in Action!

Schedule a call to see how Sterling can help.

**Schedule a demo**

---

**LEARN MORE**

Product Calculator

Schedule a Demo

FAQs

Pricing Options

**PRODUCTS**

Data Acquisition

Texting List Rentals

Data Enrichment

**COMPANY**

About Sterling

Newsroom

Knowledge Base

Leave Us a Note

**POLICIES**

Terms of Use

Privacy Policy

Cookie Policy

Do Not Sell Form

**FOLLOW US ON SOCIAL MEDIA**

  



Sterling acknowledges and respects the Global Privacy Control Signal sent by a user's browser, meaning we will not sell a user's personal information if the GPC is activated, in accordance with the California Consumer Privacy Act (CCPA), and other applicable data privacy laws.

By using our website, you agree to our terms of use, privacy policy and use of cookies. We use cookies to provide you with a great experience and to help our website run effectively. For Do Not Sell My Information requests and other Personal Information requests, use the form found at the bottom of our Privacy Policy.

Terms of Use | Privacy Policy | Cookie Policy