# EXHIBIT E

# About Sterling

Sterling helps campaigns, causes, and companies find and connect with the people who care.

## What We're All About

We specialize in donor acquisition. We maximize fundraising for political campaigns, PACs, nonprofits, and charities. We'll achieve success for your campaign using our unparalleled AI-driven targeting and Tier 1 contact data intelligence.

AS SEEN IN

  

  

# The Sterling Mission

Sterling helps campaigns, causes, and companies find and connect with the people who care.

Poor data and outdated systems have become the norm, making outreach feel frustrating instead of fulfilling. We know what that feels like, so we created a better way.

We believe it should be simple to know who to contact and how, so you have more time to talk about what matters — whether it's a trailblazing candidate, a timely cause, or a groundbreaking product.

Sterling is revolutionizing the outreach industry by providing AI-driven targeting, unparalleled contact data quality, and dedicated support, all at an affordable price. We know that easily finding and reaching the right people is pivotal to winning a campaign or building a movement — which is why we use cutting-edge technology to make outreach more efficient and effective than ever before. Because when outreach is easy, you can create more connections that count.



## Ease

We make outreach feel effortless — whether you're a new campaign fundraiser or an experienced development officer. Our products are thoughtfully designed with simplicity in mind, so our clients can spend more time engaging in meaningful conversations with prospective audiences instead of navigating complicated systems and spreadsheets.



## Empathy

We understand our clients because we've experienced the challenges that hinder successful outreach. That's why we've developed our products from real-world problems and solved them firsthand. Our team intimately understands the frustrations commonly encountered in outreach, and we bring that experience, expertise, and empathy to every client interaction.



### Effectiveness

Our unparalleled contact data, paired with precise targeting, make your outreach more efficient and effective. Using the power of AI, we can quickly identify the right targets and gather reliable contact information to guarantee ROI.



### Affordability

We believe that high-quality, streamlined outreach solutions should be accessible to all. We know that seamlessly connecting with the right people is crucial to achieving your goals.

That's why we are dedicated to keeping our prices affordable without compromising quality. We provide top-notch data and products at a fraction of the cost, ensuring our clients can achieve impactful results without breaking the bank.

# Purpose, Collaboration, Fun

**Check Open Positions**





IT STARTS WITH A HELLO

# Get in Touch!



### Contact Sterling
Shoot us an email at hello@sterling.ai or submit a form.

**Submit a form**



### Pricing Inquiry
Send us some information on what you're looking for.

**Send a pricing inquiry**



### Sterling in Action!
Schedule a call to see how Sterling can help.

**Schedule a demo**

---

**LEARN MORE**
- Product Calculator
- Schedule a Demo
- FAQs
- Pricing Options

**PRODUCTS**
- Data Acquisition
- Texting List Rentals
- Data Enrichment

**COMPANY**
- About Sterling
- Newsroom
- Knowledge Base
- Leave Us a Note

**POLICIES**
- Terms of Use
- Privacy Policy
- Cookie Policy
- Do Not Sell Form

**FOLLOW US ON SOCIAL MEDIA**





Sterling acknowledges and respects the Global Privacy Control Signal sent by a user's browser, meaning we will not sell a user's personal information if the GPC is activated, in accordance with the California Consumer Privacy Act (CCPA), and other applicable data privacy laws.

By using our website, you agree to our terms of use, privacy policy and use of cookies. We use cookies to provide you with a great experience and to help our website run effectively. For Do Not Sell My Information requests and other Personal Information requests, use the form found at the bottom of our Privacy Policy.

Terms of Use | Privacy Policy | Cookie Policy