**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel. (609) 514-5947
Fax (609) 951-0824

*Attorneys for Defendant Sterling Data Company LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No.: 1:25-cv-09963-HB<br><br>Motion Returnable:  December 15, 2025<br><br><br><br>**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS** |

To:   Rajiv D. Paikh, Esq.                     Vito A. Gagliardi, Jr., Esq.
       Katheleen Barnett Einhorn, Esq.    Alfred R. Brunetti, Esq.
       Jessica A. Merejo, Esq.                Sarah A. Wisniewski, Esq.
       PEM Law LLP                              Porzio, Bromberg & Newman, PC
       1 Boland Drive, Suite 101              100 Southgate Parkway
       West Orange, NJ 07052                Morristown, NJ 07962-1997
       *Attorneys for Plaintiff*                  *Attorneys for Plaintiff*

**PLEASE TAKE NOTICE THAT** on December 15, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Sterling Data Company LLC shall move before the Honorable Harvey Bartle, U.S.D.J., at the United States District Court for the District of New Jersey located at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets,

- 1 -

- 2 -

New Jersey 08101, on a Motion for Judgment on the Pleadings, and seeking dismissal of the Complaint filed on behalf of Plaintiffs Atlas Data Privacy Corporation, Patrick Colligan, and Peter Andreyev ("Plaintiffs") with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant shall rely on its Memorandum of Law and Certification of David G. Murphy, Esquire, with exhibits, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Defendant's Motion for Judgment on the Pleadings and dismissed Plaintiff's Complaint with prejudice is enclosed herewith.

                                                **REED SMITH LLP**

                                                */s/David G. Murphy*
                                                David G. Murphy, Esq.

                                                *Attorneys for Defendant*
                                                *Sterling Data Company LLC*

Dated: October 27, 2025