**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel. (609) 514-5947
Fax (609) 951-0824

*Attorneys for Defendant Sterling Data Company LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>　　　　　　　　Defendants. | Case No.: 1:25-cv-09963-HB<br><br>Motion Returnable: December 15, 2025<br><br><br>**CERTIFICATION OF<br>DAVID G. MURPHY, ESQ.** |

　　　　I, DAVID G. MURPHY, Esq., of full age, hereby certifies as follows:

　　　　1.　　I am an attorney-at-law in the State of New Jersey with the law firm of Reed Smith, LLP, attorneys for Defendant Sterling Data Company LLC ("Defendant" or "Sterling") in the above-referenced matter. As such, I am fully familiar with the facts herein.

　　　　2.　　I make and submit this Certification in support of Sterling's Motion for Judgment on the Pleadings, which seeks dismissal of the Complaint filed by Plaintiffs Atlas Data Privacy Corporation, Patrick Colligan, and Peter Andreyev ("Plaintiffs") with prejudice.

3. A true and correct printout of the online article from Forbes, "How Artificial Intelligence Swayed the Midterm Elections – And Will Become a Permanent Feature of Democracy" (Dec. 2, 2022), https://www.forbes.com/sites/craigsmith/2022/12/02/how-artificial-intelligence-swayed-the-midterm-electionsand-will-become-a-permanent-feature-of-democracy/ (last visited Oct. 14, 2025), is attached hereto as **Exhibit 1**.

4. A true and correct printout of the online article from CNN, "The AI political campaign is here" (May 3, 2023), https://www.cnn.com/2023/05/02/politics/ai-election-ads-2024 (last visited Oct. 14, 2025), is attached hereto as **Exhibit 2**.

5. A true and correct printout of the online article from Axios, "AI becomes a political 'super-weapon'" (Oct. 7, 2022), https://www.axios.com/2022/10/07/ai-becomes-a-political-super-weapon (last visited Oct. 14, 2025), is attached hereto as **Exhibit 3**.

6. A true and correct copy of the Complaint filed on behalf of Plaintiffs in this matter is attached hereto as **Exhibit 4**.

7. A true and correct copy of the Answer and Affirmative Defenses filed on behalf of Sterling, with exhibits, in this matter is attached hereto as **Exhibit 5**.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

**REED SMITH LLP**

*s/David G. Murphy*
David G. Murphy, Esq.

*Attorneys for Defendant*
*Sterling Data Company LLC*

Dated: October 27, 2025