# EXHIBIT 5

**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel (609) 987-0050
Fax (609) 951-0824

*Attorneys for Defendant Sterling Data Company LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> v. <br><br> STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Case No.: 1:25-cv-09963-HB <br><br><br> **ANSWER AND AFFIRMATIVE DEFENSES** |

Defendant Sterling Data Company LLC ("Sterling"), by and through the undersigned counsel, hereby submits this Answer and Affirmative Defenses to Plaintiffs Atlas Data Privacy Corporation ("Atlas"), Patrick Colligan ("Colligan"), and Peter Andreyev's ("Andreyev") (collectively, "Plaintiffs") Complaint (the "Complaint"), and avers as follows:

## INTRODUCTION[1]

1.       The allegations in this paragraph recount purported legislative intent and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

2.       The allegations in this paragraph are too generalized and appear directed at entities other than Sterling.  To the extent the allegations in this paragraph are directed at Sterling, denied.

3.       The allegations in this paragraph recount purported legislative intent and legal conclusions to which no response is required.  The allegations in this paragraph are too generalized and appear directed at entities other than Sterling.  To the extent the allegations in this paragraph are directed at Sterling, denied.

4.       The allegations in this paragraph recount purported legislative intent and legal conclusions to which no response is required.  Admitted Plaintiffs have brought claims pursuant to Daniel's Law, though denied that they are entitled to any such relief.

## BACKGROUND

### Passage of Daniel's Law in New Jersey

5.       The allegations in this paragraph refer to events precipitating the passage of Daniel's Law, to which no response is required.  No allegations in this paragraph are directed at Sterling.  To the extent this paragraph contains any allegations of wrongdoing against Sterling, denied.

6.       The allegations in this paragraph refer to events precipitating the passage of Daniel's Law, to which no response is required.  No allegations in this paragraph are directed at

---

[1] This Answer refers to the same headings used in the Complaint for organizational purposes only. Reiteration of headings from the Complaint in this Answer should not be construed as an admission of any allegation contained the headings—to the extent any headings contain allegations to which a respond would be required, they are denied.

Sterling.  To the extent this paragraph contains any allegations of wrongdoing against Sterling, denied.

7.      The allegations in this paragraph refer to events precipitating the passage of Daniel's Law, to which no response is required.  With respect to the allegation that "the same kind of data broker services [are] at issue in this case," this allegation is denied.

### New Jersey Passes Daniel's Law in 2020

8.      The allegations in this paragraph recount purported legislative intent and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

9.      The allegations in this paragraph are comprised of legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

10.     The allegations in this paragraph are comprised of legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

11.     The allegations in this paragraph are comprised of legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

### Congress Passes Daniel Anderl Judicial Security and Privacy Act in 2022

12.     The allegations in this paragraph recount purported legislative intent and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

13.     The allegations in this paragraph recount purported legislative intent and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

14.     The allegations in this paragraph recount purported legislative intent and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

### Violence Against Police officers and Judges Has Not Stopped

15.     The allegations in this paragraph purportedly refer to events recounted in a news story that are not directed at Sterling, to which no response is required.  Denied to the extent allegations in this paragraph attempt to characterize the news story, draw inferences, and generalize people and events; the news story speaks for itself.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

16.     The allegations in this paragraph purportedly refer to events recounted in news stories that are not directed at Sterling, to which no response is required.  Denied to the extent allegations in this paragraph attempt to characterize the news stories, draw inferences, and generalize people and events; the news stories speak for themselves.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

17.     The allegations in this paragraph are comprised of characterizations and inferences based on the news stories described in the preceding paragraphs, to which no response is required.  Denied to the extent allegations in this paragraph attempt to characterize the news stories, draw inferences, and generalize people and events; the news stories speak for themselves.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

### THE PARTIES

### The Individual Plaintiffs

18.     Sterling is without sufficient information to admit or deny the allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

19.     Sterling is without sufficient information to admit or deny the allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

- 3 -

**Plaintiff Atlas and its Assignors**

20.    Sterling is without sufficient information to admit or deny the allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

21.    This paragraph contains legal conclusions to which no response is required. Sterling is without sufficient information to admit or deny the remaining allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

22.    This paragraph contains legal conclusions to which no response is required. Sterling is without sufficient information to admit or deny the remaining allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

23.    This paragraph contains legal conclusions to which no response is required. Sterling is without sufficient information to admit or deny the remaining allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

24.    Denied.  This paragraph also appears to contain allegations against entities other than Sterling, as it refers to "Defendants," but there is only one defendant in this action.

25.    Denied.  This paragraph also appears to contain allegations against entities other than Sterling, as it refers to "Defendants," but there is only one defendant in this action.

26.    This paragraph contains legal conclusions to which no response is required.  To the extent the allegations in this paragraph concern written assignments, those documents speak for themselves.  Sterling is without sufficient information to admit or deny the remaining allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

27.    Sterling is without sufficient information to admit or deny the allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

28.    To the extent the allegations in this paragraph concern written documents, those documents speak for themselves.  Sterling is without sufficient information to admit or deny the remaining allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

29.     To the extent the allegations in this paragraph concern written documents, those documents speak for themselves.  Sterling is without sufficient information to admit or deny the remaining allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

30.     To the extent the allegations in this paragraph concern written documents, those documents speak for themselves.  Sterling is without sufficient information to admit or deny the remaining allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

31.     To the extent the allegations in this paragraph concern written documents, those documents speak for themselves.  To the extent the screenshot contained in this paragraph contains legal conclusion, no response is required.  Sterling is without sufficient information to admit or deny the remaining allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

32.     Admitted Plaintiffs have brought claims pursuant to Daniel's Law, though denied that they are entitled to any such relief.

33.     This paragraph does not contain any allegations—Plaintiffs are stating an intention with respect to sharing information with Sterling and the Court, to which no response is required.  This paragraph is also comprised of legal conclusions, to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

34.     Denied.

**Defendants**

35.     Denied as stated.  Sterling is a Delaware limited liability company.  The remaining allegations in this paragraph are denied.

36.     This paragraph contains vague allegations that do not discernibly appear to be directed at Sterling.  To the extent the allegations in this paragraph are against Sterling, denied.

37.     Admitted that Sterling operates the websites listed.  The remaining allegations int his paragraph are denied.

- 5 -

38.    Denied—this is not how Sterling operates.  As set forth on Sterling's website, which Plaintiffs reference and integrally rely on for their allegations, but fail to accurately recite, "Sterling is a company engaged in assisting candidates, campaigns, and nonprofits with fundraising efforts, with a variety of products and services."  *See* Sterling's Terms and Conditions of Use (Rev. Feb. 7, 2023), available at https://sterling.ai/terms-and-conditions/, and attached hereto as **Exhibit A**; Sterling's Privacy Policy (Rev. July 2025), available at https://sterling.ai/privacy-policy/, and attached hereto as **Exhibit B**.  Sterling does not offer services that would allow an individual to seek out individualized information about another person.  "Sterling manages donor profiles" and analyzes data to "enhance its value and usability for Clients," and "improve the effectiveness of donor outreach."  *Ex. B, § 4.2*.  "Clients" include "political campaigns, political organizations, NGO's, non-profits, and other  persons or entities looking for fundraising, financing, or similar services."  *Id.*  Sterling has "worked with over 1,000 campaigns, nonprofits, and businesses."  *See* "Sterling for Politics," available at https://sterling.ai/politics/, and attached hereto as **Exhibit C**; *see also* Sterling's Home Page, available at https://sterling.ai/, and attached hereto as **Exhibit D**; "About Sterling," available at https://sterling.ai/about-sterling/, and attached hereto as **Exhibit E**.

39.    The allegations in this paragraph recount purported legislative intent and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

### JURISDICTION AND VENUE

40.    This paragraph contains legal conclusions to which no response is required.  To the extent a response is necessary, Sterling denies that *in personam* jurisdiction has been obtained.

41.    This allegations in this paragraph is denied as moot, as the matter has been removed to the United States District Court for the District of New Jersey.

## FACTS COMMON TO ALL COUNTS

42.    The allegations in this paragraph recount legislative history and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

43.    The allegations in this paragraph are comprised of legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

44.    The allegations in this paragraph are comprised of legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

45.    The allegations in this paragraph are comprised of legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

46.    The allegations in this paragraph recount legislative history and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

47.    The allegations in this paragraph recount legislative history and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

48.    The allegations in this paragraph recount legislative history and legal conclusions to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

49.    Denied.

50.    The referenced document speaks for itself.  Denied that Plaintiffs sent the referenced communication to Sterling.

51.     Denied.

52.     Denied.

53.     This paragraph contains legal conclusions to which no response is required.  To the extent the allegations in this paragraph concern written assignments, those documents speak for themselves.  Sterling is without sufficient information to admit or deny the remaining allegations in this paragraph.  Thus, they are denied and Plaintiffs are left to their proofs.

54.     This paragraph does not contain any allegations—Plaintiffs are stating an intention with respect to sharing information with Sterling and the Court, to which no response is required. This paragraph is also comprised of legal conclusions, to which no response is required.  To the extent this paragraph contains allegations of wrongdoing against Sterling, denied.

55.     Denied as vague as "Defendants" does not appear to be applicable to this action. Admitted Plaintiffs have brought claims pursuant to Daniel's Law, though denied that they are entitled to any such relief.  All remaining allegations in this paragraph are denied.

### COUNT ONE
### (Daniel's Law)

56.     Sterling hereby incorporates Paragraphs 1 through 55 above as if fully set forth herein.

57.     Denied.

58.     This paragraph contains legal conclusions to which no response is required.  All remaining allegations in this paragraph are denied.

59.     Denied.

60.     Denied.

61.     Denied.

62.     Denied.

**WHEREFORE**, Sterling demands judgment in its favor, dismissing Plaintiffs' Complaint with prejudice, awarding Sterling its costs, expenses, and reasonable attorneys' fees incurred in defending against the Complaint, and for such other and further relief as the Court deems appropriate and just.

## AFFIRMATIVE DEFENSES

1.      Plaintiffs' claims are barred by the supervening and superseding acts of others not under the control or directions of Sterling.

2.      Plaintiffs' claims are barred by the First Amendment to the United States Constitution and the free-speech guaranties set forth in, but not limited to, Article I, Paragraph 6 of the New Jersey State Constitution, Article I, Section 4 of the Illinois State Constitution, Article I, Section 2 of the California State Constitution, Article I, Section 14 of the North Carolina State Constitution, and any other applicable state constitutions, both on the face of the Complaint and as applied to Sterling, as Daniel's Law violates Sterling's inalienable and constitutionally-guaranteed right to freedom of speech.

3.      Plaintiffs' claims are barred by the statute of limitations.

4.      Atlas lacks prudential standing and capacity to sue for claims against Sterling based on purported assignments from "covered persons," whose assignments are defective and inoperable.  Atlas is not the proper party to pursue claims on the behalf of "covered persons."

5.      Colligan and Andreyev lack standing to pursue claims against Sterling to the extent they used Atlas' platform and have irrevocably assigned their claims to Atlas, thereby lacking prudential standing and capacity to sue.

6.      Plaintiffs' claims are barred by Plaintiffs' acts or failures to act in that they caused or contributed to the harms complained of in the Complaint.

7.      Sterling acted in good faith at all relevant times.

- 9 -

8.      Daniel's Law is not applicable to Sterling, and to the extent Daniel's Law is alleged to apply to Sterling, it would be exempt from liability.

9.      Plaintiffs have not suffered any injury, damage, or loss as alleged, and have otherwise suffered no injury, damage, or loss as a result of any actions by Sterling.

10.     Plaintiffs' claims are preempted by federal and state laws that conflict with Daniel's Law, including, but not limited to, the Federal Election Campaign Act of 1971, as amended by the Bipartisan Campaign Reform Act of 2002, and the New Jersey Campaign Contributions and Expenditures Reporting Act, along with implementing regulations.

11.     Plaintiffs' claims are barred by the doctrine of unclean hands, equitable estoppel, unjust enrichment, laches, and waiver.

12.     Plaintiffs' claims are unconscionable and contrary to public policy.

13.     Sterling hereby reserves the right to assert any additional Affirmative Defenses which may later become known, and accordingly, to amend its Answer to the Complaint.  Further, in listing the defenses above, Sterling does not assume or shift any burdens of proof applicable to Plaintiffs as required by law.

**WHEREFORE**, Sterling demands judgment in its favor and against Plaintiffs, together with attorneys' fees, expenses, and costs of suit, and any other relief which the Court deems just and equitable.

<u>**DESIGNATION OF TRIAL COUNSEL**</u>

Sterling hereby designates Diane A. Bettino, Esq. and David G. Murphy, Esq. as trial counsel in this action.

**REED SMITH LLP**

*/s/ David G. Murphy*
David G. Murphy, Esq.
Diane A. Bettino, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540

Tel (609) 987-0050
Fax (609) 951-0824
*Attorneys for Sterling Data Company LLC*

Dated: October 27, 2025

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date Defendant's Answer and Affirmative Defenses, with exhibits, were filed with the United States District Court for the District of New Jersey and served on all counsel of record via the Court's electronic case filing system (ECF).

**REED SMITH LLP**

*/s/ David G. Murphy*
David G. Murphy, Esq.
Diane A. Bettino, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel (609) 987-0050
Fax (609) 951-0824

*Attorneys for Sterling Data Company LLC*

# EXHIBIT A



☰

Leave Us a Note          Schedule a Demo

# Terms and Conditions of Use

## Date Last Revised: February 7, 2023



**Terms and Conditions of Use**

*Last Updated: February 7, 2023*

THESE TERMS ARE IMPORTANT AND AFFECT YOUR LEGAL RIGHTS. PLEASE CAREFULLY READ THIS TERMS AND CONDITIONS OF USE & PRIVACY POLICY PRIOR TO USING OUR WEBSITE. THESE TERMS CONTAIN A BINDING ARBITRATION CLAUSE. PLEASE READ THESE TERMS AND THE ARBITRATION PROVISION SO THAT YOU ARE AWARE OF YOUR LEGAL RIGHTS.

<u>TERMS AND CONDITIONS OF USE</u>

**Section 1 – Introduction & Consent to Terms**

Welcome Sterling Data Company LLC, a Maryland limited liability company, and its affiliates and related parties (referred to herein as "Sterling, "we", "us", or "our") Terms & Conditions of Use (referred to herein as the "Terms"). Sterling is a company engaged in assisting candidates, campaigns, and nonprofits with fundraising efforts, with a variety of products and services (referred to herein as our "Services").

These Terms apply to all users of our websites –https://www.sterling.ai/ and https://sterlingdatacompany.com/ and https://www.sterlingstrategies.co/ (each, a "Website").

**If you do not agree to these Terms, we ask that you please not use our Website. Use of our Website constitutes explicit acceptance of these Terms.**

We reserve the right to modify the contents of these Terms at any time. You agree that it is your responsibility to monitor changes to these Terms. Any modification to these Terms will be notated at the top of these Terms.

**Section 2 – Eligibility, User Account, & Technological Requirements**

Access to and use of our Website is not meant to be used by anyone under the age of eighteen (18) and we do not target persons under this age. By using our Website, you represent and warrant that (a) you are at least eighteen (18) years old and (b) have a working smartphone or computer.

Your use of our Services involves hardware, software, and access to the internet. These system requirements may change from time to time. You acknowledge and

agree that all system or internet requirements for our Services is/are your sole responsibility, and you acknowledge and agree that failure to comply with all hardware, software, and internet requirements will be borne solely by you.

To register for our Services or the Services of one of our affiliates or related companies, you are required to create a user account through our Website (a "User Account") or directly with us or our affiliates or related companies via a separate written contractual agreement, and provide all information as requested when prompted to create a user account (referred to herein as becoming a "User"). The specific elements of our Services can be accessed through your User Account.

By registering for our Services and becoming a User, you further represent and warrant that (a) all information submitted is true and correct to the best of your knowledge; (b) if there are any errors or inaccuracies on your User Account, you will update this information as soon as you discover the inaccuracy; (c) you will maintain and continue to update your User Account to ensure that at all times it is current and accurate; and (d) you are only authorized to register a third-party if you have unambiguous consent from that person, preferably in writing, to do so. You will solely be responsible for any and all issues arising out of signing up a third-party.

By signing up and becoming a User or by providing your contact information through our Website, you explicitly consent to receive marketing and other communications related to our Services, products, and future product offerings. You are able to terminate this consent in accordance with our Privacy Policy.

You are solely responsible for maintaining confidentiality of your password and account information and are responsible for all activity that takes place on your account. We are not responsible for any activity through your User Account.

### Section 3 – Sterling Intellectual Property

The contents of our Website are protected by United States and international copyright laws. The contents of our Website are owned exclusively by Sterling or licensed to us.

You may not, and may not cause or encourage others to, reproduce, distribute, display, sell, transfer, assign, license or use for commercial purposes any copyrighted material on our Website (the "Intellectual Property") without our prior written consent. All rights not expressly granted in these Terms are reserved to Sterling.

Sterling and its name, logos, slogans, or otherwise are trademarks or service marks ("Marks") of Sterling. All rights in these Marks are reserved by Sterling. You may

not use any Sterling-provided Marks or other logos or graphics, without our prior written consent.

We grant you a limited, revocable, non-transferable and non-exclusive license to access and make personal use of our Website. This limited license does not include the right to: (a) republish, redistribute, transmit, sell, license or download anything on our Website, except as is necessary to view and/or use our Website; (b) make any use of our Website other than uses consistent with our Services or exploring the Services; (c) modify, reverse engineer or create any derivative works based upon our Website; (d) collect account information for the benefit of yourself or another party; or (e) use software robots, spiders, crawlers, or similar data gathering and extraction tools, or take any other action that may impose an unreasonable burden or load on our infrastructure.

Any unauthorized use by you of our Website automatically terminates this license without prejudice to any other remedy provided by applicable law or these Terms.

### Section 4 – Your Content

If you send submissions of any kind, with or without a request from us, including ideas, suggestions, or otherwise, whether online, by email, or otherwise ("Submissions"), you agree that we may, at any time, without restriction, edit, copy, publish, distribute, translate, and otherwise use in any medium any Submissions that you forward to us. This does not include any confidential or personal information that you send to us (such as when signing up for our Services).

We are and shall be under no obligation (1) to maintain any Submissions in confidence; (2) to pay compensation to you for any Submissions; or (3) to respond to any Submissions.

By you submitting Submissions to us, you hereby transfer and assign any claim to any rights that you may have had in those Submissions and do so with full acknowledgment of the same. You agree that your Submissions will not violate any right of any third-party, including copyright, trademark, privacy, personality or other personal or proprietary right. We take no responsibility and assume no liability for any Submissions submitted by you.

### Section 5 – Third Party Content and Third-Party Waiver

Our Website may contain links to third-party websites or services that are not owned or controlled by us. Sterling has no control over, and assumes no responsibility for, the content, privacy policies, or business practices of any third-

party companies or persons. We strongly encourage you to read the terms and conditions and privacy policies of any third-party websites or services that you visit.

You understand that Sterling may use licensed materials or content on our Website and that there is no agency relationship between Sterling and any of these third-party persons or entities, all of whom are separate from Sterling.

By using our Website, you expressly waive Sterling, our employees, agents, owners, and principals from all liability arising from your use of any content, plans, or services provided by third-parties.

YOU AGREE THAT STERLING WILL NOT, UNDER ANY CIRCUMSTANCES, BE RESPONSIBLE OR LIABLE, DIRECTLY OR INDIRECTLY, FOR ANY CONTENT OF ANY KIND OR FOR ANY HARM RELATED THERETO, OR FOR ANY DAMAGES OR LOSS CAUSED OR ALLEGED TO BE CAUSED BY OR IN CONNECTION WITH YOUR USE OR RELIANCE ON THE CONTENT OF ALL CONTENT PROVIDED BY A THIRD-PARTY.

## Section 6 – Community Guidelines

You are prohibited from using our Website or Services:

1. for any unlawful purpose;
2. to solicit others to perform or participate in any unlawful acts;
3. to violate any international, federal, provincial or state regulations, rules, laws, or local ordinances; or
4. for any obscene or immoral purpose.

We reserve the right to terminate your use of our Website or Services for violating any of these community guidelines.

## Section 7 – Copyright Infringement

If you believe that your copyright has been infringed by Sterling, please immediately send us a notice to privacy@sterling.ai with the following information:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.
3. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled,

and information reasonably sufficient to permit the service provider to locate the material.

4. Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

5. A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

We respond to notices of copyright infringement immediately and take any such allegations seriously. The reported content will be taken down within seventy-two (72) hours of written notice unless it is clear that your notice is spam or if we have evidence that your claim is false.

Sterling prohibits any infringement of intellectual property rights by any user of our Website and Services.

### Section 8 – Term & Errors

These Terms will remain active and in full force and effect so long as they are posted on our Website.

Occasionally there may be information on our Website that contains typographical errors, inaccuracies or omissions that may relate to descriptions, pricing, promotions, offers, and availability. We reserve the right to correct any errors, inaccuracies, or omissions, at any time.

### Section 9 – ADA Compliance

If you believe that you are or may be covered by the Americans with Disabilities Act of 1990, as amended (the "ADA Act"), please reach out to us with any issues or concerns you have governing our Website and/or these Terms. We will be more than happy to assist you to ensure that you are able to access our Website and our Services.

### Section 10 – Disclaimer

OUR WEBSITE IS PROVIDED 'AS IS' AND, TO THE EXTENT PERMITTED BY APPLICABLE LAW, STERLING AND ITS OWNERS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, REPRESENTATIVES, LICENSORS, THIRD PARTY

PROVIDERS AND AFFILIATES, EXCLUDE ALL REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, SATISFACTORY QUALITY, AND FITNESS FOR A PARTICULAR PURPOSE.

WE DO NOT AND CANNOT GUARANTEE PERFECT AVAILABILITY OF OUR WEBSITE, WHICH MAY BE INACCESSIBLE, IN FULL OR IN PART, FROM TIME TO TIME. IN ADDITION, SOFTWARE UPDATES, BUGS, OR OTHER REASONS WHY OUR WEBSITE MAY BE TEMPORARILY DOWN COULD BE A TIME-TO-TIME OCCURRENCE. BY USING OUR WEBSITE, YOU ACKNOWLEDGE AND AGREE THAT OPERATING A WEBSITE IS LIKE OWNING A LUXURY VEHICLE – UNEXPECTED ISSUES DO ARISE FROM TIME TO TIME AND SHOULD BE EXPECTED. YOU WILL NOT HAVE UNINTERRUPTED SERVICE OF OUR WEBSITE AT ALL TIMES.

WE EXPRESSLY DISCLAIM ANY LIABILITY FOR LOSS OR DAMAGE SUSTAINED BY YOU AS A RESULT OF USING OUR SERVICES.

### Section 11– Limitation of Liability

WE SHALL NOT BE LIABLE TO YOU FOR INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, EVEN IF WE WERE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, NOR SHALL WE BE HELD LIABLE FOR DELAY OR FAILURE IN PERFORMANCE RESULTING FROM CAUSES BEYOND OUR REASONABLE CONTROL. IN NO EVENT SHALL OUR TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES AND CAUSES OF ACTION EXCEED THE TOTAL AMOUNT STERLING RECEIVED IN CONNECTION WITH YOUR SERVICES, OR IF YOU HAVE NOT USED OUR SERVICES, TEN DOLLARS ($10.00).

YOU AGREE THAT NO CLAIMS OR ACTION IN CONTRACT, WARRANTY, OR IN TORT (INCLUDING NEGLIGENCE) ARISING OUT OF, OR RELATED TO, THE USE OF OUR WEBSITE, OUR SERVICES, OR THESE TERMS MAY BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE CAUSE OF ACTION RELATING TO SUCH CLAIM OR ACTION AROSE. IF YOU ARE DISSATISFIED WITH OUR WEBSITE OR SERVICES, YOU ARE NOT REQUIRED TO CONTINUE TO USE OUR WEBSITE OR SERVICES. WE HAVE NO OTHER OBLIGATION, LIABILITY, OR RESPONSIBILITY TO YOU.

### Section 12 – Indemnification

You agree to defend, indemnify and hold Sterling, its agents, employees, directors, officers, owners, etc. harmless for any loss, damages or costs, including reasonable

attorneys' fees, resulting from any claim, action, or demand arising from (i) your use of our Website or Services; (ii) your breach of these Terms; or (iii) breach of applicable law.

### Section 13– FTC Disclosures

In connection with our Website: (i) we may run advertisements on our Website concerning third-parties who may provide us compensation to be advertised on our Website; and (ii) we may receive compensation if you click one of the links on our Website.

### Section 14 – General Provisions

*Entire Agreement.*  These Terms contains the entire agreement between you and Sterling except for any Services-related contracts you have entered into with Sterling.

*Waiver.*  The failure by Sterling to enforce any provision of these Terms shall not be construed as a waiver or limitation of our right to subsequently enforce and compel strict compliance with every provision of this Agreement.

*Assignment.*  You may not assign, pledge, delegate, or otherwise transfer any of your rights or obligations under this Agreement without Sterling prior written consent.

*Relationship.* Nothing in these Terms shall create, or is intended to create an agency, employment, franchise, joint venture, or partnership relationship between you and Sterling.

*Applicable Law/Dispute Resolution.*  This Agreement shall be governed by the laws of the State of Delaware. Any dispute arising from this Agreement shall be subject to binding arbitration in Los Angeles, California. The prevailing Party in any dispute shall be entitled to recover its/his/her reasonable attorney's fees and costs. The governing rules shall be the rules, then-implemented, by the American Arbitration Association commercial division. Sterling and you agree that any such final decisions may be presented to a court of competent jurisdiction for purposes of being confirmed as a judgment enforceable under the law in which that party is domiciled or where their headquarters are located. Should either party forego arbitration, that party shall be barred from recovering their attorneys' fees or costs.

*Severability.*  If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable.  If an arbitrator or panel of arbitrators finds that any provision of

this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

*Updates.* We recommend that you check the Terms periodically for updates.

---

**LEARN MORE**

Product Calculator

Schedule a Demo

FAQs

Pricing Options

**PRODUCTS**

Data Acquisition

Texting List Rentals

Data Enrichment

**COMPANY**

About Sterling

Newsroom

Knowledge Base

Leave Us a Note

**POLICIES**

Terms of Use

Privacy Policy

Cookie Policy

Do Not Sell Form

**FOLLOW US ON SOCIAL MEDIA**





Sterling acknowledges and respects the Global Privacy Control Signal sent by a user's browser, meaning we will not sell a user's personal information if the GPC is activated, in accordance with the California Consumer Privacy Act (CCPA), and other applicable data privacy laws.

By using our website, you agree to our terms of use, privacy policy and use of cookies. We use cookies to provide you with a great experience and to help our website run effectively. For Do Not Sell My Information requests and other Personal Information requests, use the form found at the bottom of our Privacy Policy.

Terms of Use | Privacy Policy | Cookie Policy



# EXHIBIT B

 Sterling

Leave Us a Note          Schedule a Demo

# Privacy Policy

## Date Last Revised: July 2025







STERLING PRIVACY NOTICE

*Last Updated: July 1, 2025*

SECTION 1 – INTRODUCTION

**1.1 Introduction.** This privacy notice (the "**Privacy Notice**") describes how Sterling Data Company, LLC ("**Sterling**," "**we**," or "**us**") collects, processes or stores your Personal Information (as defined in Section 2.1). It also explains what choices you have relating to your Personal Information.

This Privacy Notice governs your privacy rights. We recommend reading this Privacy Notice in its entirety. By using our websites (as defined in Section 1.3), you consent to this Privacy Notice (and any subsequent amendments). If you do not agree to this Privacy Notice, please do not use our Website.

We reserve the right to change this Privacy Notice from time to time to reflect our current practices without notice to you. Any changes will be effective immediately upon the posting of the revised Privacy Notice. We also recommend you review this Privacy Notice on a regular basis. If you do not agree this Privacy Notice, please do not use the Website or our Services (as defined below) or provide us with any Personal Information.

Please note that most of the Personal Information we hold pertaining to consumers is not collected on this Website (as defined below), but rather through partnerships we have with third parties, including but not limited to data suppliers, business partners, data services providers, agencies and our Clients (as defined in Section 4). We provide this Privacy Notice as a service to consumers and others who want to learn more about the Personal Information we collect and how we use it. If you are particularly interested in understanding what information we collect through this Website, please see Section 2 (Information We Collect). This Privacy Notice addresses both information collected from third parties and through this Website. For information we collect and maintain as a Data Broker (as defined in Section 5), please see Section 4 (Information We Hold & Our Services). For information on how we sell or share as a Data Broker please see Section 5 ( How Your Personal Information is Shared).

If you have any questions about this Privacy Notice or our use of Personal Information, please email us at privacy@sterling.ai.

**1.2 Ownership & Services.** Our Website is owned and operated by Sterling Data Company LLC, a Delaware limited liability company. Sterling is a company engaged in assisting candidates, campaigns, and nonprofits with fundraising efforts, with a variety of products and services (referred to hereinafter as our "**Services**"). By using our Services, you agree to the terms of this Privacy Notice.

**1.3 Scope.** This Privacy Notice applies to all users of our websites: (i) https://www.sterling.ai/; (ii) https://sterlingdatacompany.com/; and (iii) https://www.sterlingstrategies.co/ (each, a "**Website**"). This Privacy Notice also applies to your Personal Information that we have acquired, by license or ownership, from third parties. We collect certain information, including Personal Information, from our third-party sources.

**1.4 Third-Party Websites.** Our Website may contain links to third party sites that are not owned or controlled by Sterling. Please be aware that we are not responsible for the practices of such other sites. We encourage you to read the privacy statements of every third-party website that you visit as these websites have no affiliation with Sterling and may have privacy policies that contain different terms from what is included here.

**Section 2 – INFORMATION WE COLLECT.**

**2.1 Information Provided by You.** You have provided us information through various means. We collect your "**Personal Information**", which for purposes of this Privacy Notice, unless otherwise required by applicable law, means any information that identifies, relates to, describes, or is reasonably capable of being associated, linked or linkable to you or your household, including any information that is subject to applicable data protection laws. Examples of Personal Information we collect may include the following: your name, address, email address(es), age, location data, employment data, political party affiliation, past donor history, and inferences drawn from any or all of the foregoing. Personal Information does not include information that cannot reasonably be linked to you. This Personal Information is collected directly from you when you sign up for a user account on our Website or fill out other forms on our Website. This includes information provided at the time of services. We may also ask you for Personal Information when you report a problem with our Website. In addition we collect Personal Information provided by

you in the records and copies your correspondence (including email addresses) if you contact us.

**2.2 Information We Collect or Derive About You Automatically.** We may also collect certain Personal Information automatically as you use our Website or our Services, including the Internet Protocol (IP) address associated with your activities on our Website, device ID, pixel tags (as defined in Section 3.3), browser type, computer type, type of mobile device and operating system, mobile carrier, computer operating system, the site from where you navigated to our Website and information about how you use the Website, including the time and date on which you visited the Website, how long you use (or have used) the Website and the pages of our Website that you view (collectively, "**Device Information**"). We may also collect this type of Personal Information from third parties, for example, our business or advertising partners. The information that we collect automatically may be linked with other Personal Information that we have collected.

**2.3 Information We Collect from Third Parties.** We may collect Personal Information about you from third-party sources (which may be combined with other Personal Information we have collected about you), such as:

- Other: we may obtain Personal Information, such as demographic information or updated contact details, from third parties; we may also collect information from public records.

### Section 3 – HOW WE COLLECT YOUR INFORMATION.

**3.1 How We Collect Your Personal Information.** We may collect Personal Information about you through the following methods:

- *Directly From You:* such as when you access our Website, register to receive marketing and other communications from us, or contact us for customer support purposes.
- *From Third Parties or Public Sources:* such as affiliates and other third parties, public sources such as census data and other public records, third-party providers of services to us (e.g., fraud detection, identity verification and security), consumer data resellers, social networks, joint marketing partners and affiliate companies.
- *Related to your use of our Services:* including information we collect automatically when you use our Website or interact with us, or information we

derive about you and your preferences or interests based on the Personal Information we collect and our interactions with you.

**3.2 How We Collect or Derive Information About You Automatically.** We may collect or derive Personal Information about your use of our Services, or other interactions with us through the following methods:

**Cookies.** Cookies are small files stored on your web browser when you visit our Website to collect information about your activities through our Services.

- Some cookies last only as long as you remain on the Website; others, called "persistent cookies" may be stored for longer periods of time. These cookies can make browsing easier by storing your password or your preferences regarding how you use the website. A cookie allows that site to recognize your browser. Cookies collect information such as the IP address of your computer, your browser settings, and information about how you use the Website. Your general location may be estimated from your IP address. Some cookies track users' activity on our website, apps, and services in order to deliver personalized advertising to you on this and other websites.If you would like to opt out of cookies, you may change the settings on your web browser to reject or delete most cookies. If you choose to delete cookies, any settings and preferences controlled by those cookies will be deleted and may need to be recreated. If your browser settings are set up as 'Do Not Track', the use of cookies and tracking technologies will not apply to you.
- You may also find more information about cookies, including how to opt out of interest-based advertising, at www.cookiesandyou.com. Cookies may store unique identifiers, user preferences and other information. You can reset your browser to refuse all cookies or to indicate when a cookie is being sent. However, if you do, some Website features may not function properly without cookies.
- Read more about our cookie Notice here.

**Pixel Tags.** We may use "pixel tags," which are small graphic files that allow us to monitor the use of our Website. A pixel tag can collect information such as the IP address of the device that downloaded the page on which the tag appears; the URL of the page on which the pixel tag appears; the time the page containing the pixel tag was viewed; the type of browser that fetched the pixel tag; and the identification number of any cookie on the device previously placed by that server.

**Physical Location.** We may collect information on the physical location of your device by, for example, using satellite, cell phone tower, or Wi-Fi signals.

### Section 4 – HOW STERLING USES COLLECTED PERSONAL INFORMATION.

**4.1 To Provide Services and Information.** As described above, we collect or have collected Personal Information from you so that we can effectively offer our Services and communicate with you.

**4.2 Our Business Purposes.** Sterling manages donor profiles, which consist of contact information for potential donors ("**Donor Profiles**"). This data is analyzed and categorized to enhance its value and usability for Clients (as defined below). To improve the effectiveness of donor outreach, we organize Donor Profiles based on various attributes such as age, location, donation history, or ideological affiliation.

Clients may request specific types of Donor Profiles that align with their needs, including selecting or excluding certain demographics. Sterling applies data management techniques to refine, update, and enhance these profiles, ensuring they remain accurate and relevant.

We may also sell or share your Personal Information with our clients who may include but not be limited to political campaigns, political organizations, NGO's, non-profits, and other persons or entities looking for fundraising, financing, or similar services ("**Clients**"). We may also use your Personal Information for our Services and other reasons such as data analysis, developing new Services, sending marketing campaigns, enhancing, improving or modifying our Website, identifying usage trends, determining the effectiveness of our campaigns and any reasonable reason(s) now or hereinafter adopted.

**4.3 Why We Use Cookies.** We use cookies for a number of reasons, including without limitation:

- Authenticating and identifying you on our Websites so we can provide you the services you requested;
- Keeping track of any information (including Personal Information) you have provided to us;
- Remembering your preferences or where you left off;
- Measuring your use of our Website so we can improve its quality; and
- Understanding what you may be interested in.

Additionally, Cookies may be used for a variety of purposes such as to understand how visitors interact with our Websites, or to serve advertisements on our Websites or on other third party websites. The use of technologies, such as cookies, constitutes a "sale" of your Personal Information under the California Consumer

Privacy Act (CCPA). In addition, we may use your Personal Information in a way that constitutes "sharing" under the CPRA. You can opt out of the "sale" or "sharing" by using the "Do Not Sell My Personal Information" link at the bottom of our Website and selecting your preferences below, or broadcasting the global privacy control signal for browsers and extensions that support it. Note that due to technological limitations, if you visit our Website from a different computer or device, or clear cookies on your browser that store your preferences, you will need to return to this screen to select your preferences and/or rebroadcast the signal.

**4.4 Why We Use Your Device Information.** We may use your Device Information (as defined in Section 2.2 above) to better understand who you are and for other purposes described in this Privacy Notice.

**4.5 Other Purposes.** We may use non-Personal Information for other purposes, except when not permitted by applicable law. We may use analytics services, such as Google Analytics, on our Website, our social media pages, or our mobile Website to help us evaluate and analyze how visitors use our Website. For specific details on how Google collects and uses information on our Website, social media pages, or mobile applications, please visit Google's website.


**Section 5 – HOW YOUR PERSONAL INFORMATION IS SHARED.**

**5.1 Data Broker Services.** Please be aware that Sterling is a data broker ("**Data Broker**"), meaning we may sell or share your Personal Information to our Clients for the purposes described in this Privacy Notice. For purposes of this Privacy Notice, "**sell**" means the sale or transfer of your Personal Information to a third party for monetary or other valuable consideration, subject to certain exceptions in applicable law. For purposes of this Privacy Notice, "share" means transferring, making available, or otherwise disclosing your Personal Information to another party for purposes of sending advertising to you based on your Personal Information obtained from your activities across distinctly-branded sites.

**5.2 Our Third-Party Service Providers.** We may share your Personal Information with our third-party service providers, who provide services to us including, without limitation, website hosting, data analytics, payment processing, customer service, email delivery services, or other services that are used in connection with the Services that we offer.

**5.3 Legal Requests or Requirements and to Prevent Harm.** We reserve the right to disclose your Personal Information and any other information collected by us as required by applicable law or when that disclosure is necessary to protect our

rights, the rights of a third-party, or to comply with applicable legal obligations, resolve disputes, enforce our agreements, judicial proceeding or otherwise.

**5.4 Change in Business Ownership or Structure.** We reserve the right to transfer your Personal Information if ownership of all or substantially all of Sterling changes through a merger, consolidation, acquisition, asset sale or other corporate reorganization including transfer between Sterling's entities. You expressly consent to Sterling transferring your Personal Information to the new owner or successor entity, so that we can continue to provide our Services. If required by applicable law, we will notify the applicable data protection agency in each jurisdiction of such a transfer in accordance with the notification procedures under the applicable data protection laws. We cannot promise that an acquiring party or the merged entity will have the same privacy practices or treat your information in the same manner as described in this Privacy Notice.

**5.5 Transfer of Your Personal Information.** As a Data Broker, we reserve the right to transfer, sell and license your Personal Information to another person or entity, with or without any consideration to you, unless you exercise your opt-out rights in accordance with applicable law (see below) or unless such transfer, sale or license is barred by applicable law. We also reserve the right to transfer your Personal Information in the event of a sale of Sterling.

**5.6 Other Sharing of Non-Personally Identifiable Information.** We may share non-personally identifiable information with third parties unless you opt-out or unless barred by applicable law.

**5.7 Data Aggregation.** Sterling will also aggregate, store, and generate insights about our users through the collection and combination of data from many or all users at once (hereinafter "**Aggregated Data**"). Aggregated Data is derived from personal or use data of our users but does not directly or indirectly reveal the identity of specific users. Instead, Aggregated Data allows us to look at our users, as a whole or in part, to collect information, generate insights, create reports, as well as other statistical analysis in order to improve our business and for other purposes consistent with our future or anticipated business. Sterling also reserves the right to use Aggregated Data for any purposes permitted under applicable law.

### Section 6 – HOW LONG WE RETAIN YOUR PERSONAL INFORMATION.

Sterling will store your Personal Information as long as required by law, and where there is no legal requirement, we will only store your Personal Information for as long as necessary to fulfill the purpose for which the Personal Information was

collected, including but not limited to the business and commercial purposes described in this Privacy Notice (including the California Residents section) or any other notice provided at the time of collection. How long we keep your Personal Information that we have collected depends on the type of information and the purpose for which it was collected. After a reasonable period of time or the completion of the purpose for which it was collected, we will either delete or anonymize your Personal Information.

### Section 7 – SECURITY OF YOUR PERSONAL INFORMATION.

Whenever Sterling handles information that you enter on our Websites, regardless of where this occurs, we take steps to ensure that your information is treated securely and in accordance with this Privacy Notice. We also use industry standard security measures designed to protect your personally identifiable information. However, no data transmission or storage system over the internet can guaranteed to be one hundred percent (100%) impenetrable. As a result, while Sterling strives to protect your Personal Information, we cannot guarantee, ensure or warrant the security of any Personal Information you transmit to us. You understand and agree that you transmit such Personal Information at your sole risk. If you have reason to believe that the security of your Personal Information might have been compromised, please immediately notify us.

Unless you are using an encrypted email, we strongly advise you not to communicate any confidential information in your emails to us at privacy@sterling.ai

### Section 8 – SENSITIVE PERSONAL INFORMATION.

Unless specifically requested by us, we ask that you not send us, and you not disclose on or through our Websites or otherwise to us "**Sensitive Personal Information**," which includes the following information: (i) your social security number; (ii) driver's license number or other government-issued identification number; (iii) financial account number; (iv) any health insurance or medical identification number; (v) political affiliations and/or opinions; (vi) an account password; (vii) security questions and answers; or (viii) unique biometric data. We do not knowingly collect Sensitive Personal Information, nor do we use it to infer characteristics about you unless specifically requested by us or required by applicable law.

**Section 9 – CHILDREN'S PRIVACY.**

**Age Restriction.** Our Website and our Services are not intended for or directed to children under the age of thirteen (13) and we do not knowingly collect Personal Information from children under the age of thirteen (13) on our Website. If you are a person under the age of thirteen (13), we do not want to receive, collect or store any Personal Information about you, including but not limited to your name, address or email address. If we become aware that a child under the age of thirteen (13) has provided us with Personal Information, we will delete the information from our records as quickly as reasonably possible.

**Section 10 – CALIFORNIA PRIVACY RIGHTS.**

Under California privacy laws, including the California Consumer Privacy Act ("**CCPA**"), we are required to notify California residents about how we use their Personal Information.

Under the CCPA, "**Personal Information**" is any information that identifies, relates to, describes, is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular California resident or household.

We collect the Personal Information in accordance with Section 2 (Information We Collect), above.

**California residents have the right to opt-out of our sale of their Personal Information by contacting us via email at privacy@sterling.ai, by unsubscribing on the communication you have received, or the form listed on our Website.** Please be prepared to provide proof of your residence in California.

We do not use or transfer Personal Information about California residents under sixteen (16) years old without opt-in consent.

We are required to notify California residents, at or before the point of collection of their Personal Information, the categories of Personal Information collected and the purposes for which such information is used

**Verifiable Requests to Delete, and Requests to Know.** Subject to certain exceptions, California residents have the right to make the following requests, up to two (2) times every twelve (12) months:

- <u>Right to Request Deletion:</u> California residents have the right to request that we delete their Personal Information that we have collected about them, subject to certain exemptions.

- <u>Right to Know & to Receive a Copy:</u> California residents have the right to request a copy of the specific pieces of Personal Information that we have collected about them in the prior twelve (12) months and to have this information sent to you via email.

- <u>Right to Know & Right to Information:</u> California residents have the right to request that we provide them certain information about how we have handled their Personal Information in the prior twelve (12) months.

- <u>The Right to Non-Discrimination:</u> The CCPA prohibits discrimination against California residents for exercising their rights under the CCPA. We do not and will not discriminate against you for exercising any of your CCPA rights.

**How to Submit a Request.** Requests to exercise the right of deletion, right to a copy, or the right to information may be submitted by contacting us via email at privacy@sterling.ai, clicking our "Do Not Sell Link" or the form listed on our Website at: https://sterling.ai/do-not-sell/.

You may be asked for more information in order for us to verify your identity when you make a request. We cannot respond to your request or provide you with the requested Personal Information if we cannot verify your identity or authority to make the request and confirm the Personal Information relates to you. Making a verifiable consumer request does not require you to create an account with us. We will only use the Personal Information you provide to verify your identity or authority in order to fulfill your request. You may only make a request for access or data portability twice within a twelve (12)-month period.

**Requests Submitted by an Authorized Agent.** You may designate an authorized agent to submit a data subject access right (DSAR) request on your behalf, so long as: (i) the authorized agent has your written permission to do so; and (ii) you have taken steps to verify your identity directly with us. We may request additional information in order to verify that the agent has the authority to submit a request on your behalf, including reaching out to you directly for verification.

**Financial Incentive.** We may offer you various financial incentives such as special offers when you provide us with contact information and identifiers such as your name and email address. You may withdraw from a financial incentive at any time by opting out. Generally, we do not assign monetary or other value to Personal Information, however, California law requires that we assign such value in the context of financial incentives. In such context, the value of the Personal

Information is related to the estimated cost of providing the relevant financial incentive(s) for which the information was collected.

**Metrics Disclosure.**

The CCPA and the California Delete Act require certain businesses to compile and disclose information regarding their compliance with the CCPA for the previous calendar year. The statistics provided below relate to requests made by or on behalf of California consumers to Sterling

Statistics for the reporting period of January 1, 2024 – December 31, 2024, are as follows:

**Requests to Know: 2 Received, 0 Completed, 2 Rejected**
**Requests to Opt-Out 7369 Received, 730 Completed, 6639 Rejected**
**Requests to Delete: 16 Received, 6 Completed, 10 Rejected**
**Requests to Correct: 3 Received, 0 Completed, 3 Rejected**

**Average response time:** Average of fifteen (15) days to respond to a request

Rejections *of requests were based on a consumer abandoning their request by not verifying their identity when prompted to, or in the event that a request was processed, and it was determined that Sterling did not hold their data at the time.*

**California "Shine The Light" Law:** California Civil Code Section 1798.83, also known as the "Shine The Light" law gives California residents the right to request and obtain from us, once a year and free of charge, information about categories of Personal Information (if any) we disclosed to third parties for direct marketing purposes and the names and addresses of all third parties with which we shared such information in the immediately preceding calendar year. If you are a California resident and would like to make such a request, please submit your request either in email at privacy@sterling.ai or write to us at:

Sterling Data Company LLC
500 Westover Dr. #92215, Sanford, NC 27330


**Section 11 – NOTICE FOR RESIDENTS OF NEVADA.**

Nevada law, specifically Senate Bill 220, allows residents of the state of Nevada to "opt out" of the sale of certain Personal Information, called "covered information."

You have the right to opt out at any time and direct us not to use or transfer your

Personal Information.

Requests to exercise your right to opt out may be submitted by contacting us at privacy@sterling.ai, unsubscribing on the communication you receive, or the form listed on our Website.

We will endeavor to comply with your request(s) as soon as reasonably practicable, which may depend on the number of requests we have received at or around the time of your request. If we need additional time, which we reasonably expect to be completed within thirty (30) days, we will contact you in writing and inform you of the reason for the delay.


**Section 12 – ADDITIONAL STATE-SPECIFIC PRIVACY DISCLOSURES.**

Depending on your state of residency, you have certain rights related to your Personal Information. If you or an authorized agent wish to exercise these rights, you can submit a request using the methods described in Section 10 (California Privacy rights).

Generally those in states with active comprehensive data privacy laws have the right to:

- **Confirm Whether We Process Their Personal Information**: You have the right to confirm whether we are processing your personal information.
- **Access and Delete Certain Personal Information**: You can request access to and deletion of certain personal information that we have collected.
- **Data Portability/Right to Have a Copy**: You have the right to request a copy of your personal data in an easily accessible format.
- **Opt-out of Personal Data Processing for Targeted Advertising and Sales**: You have the right to opt out of the processing of your personal data for targeted advertising and sales purposes.

Additionally, the following states provide residents with specific rights:

- **Colorado, Connecticut, Delaware, Nebraska, New Hampshire, New Jersey, and Virginia**:
  - Correct inaccuracies in your personal information, taking into account the information's nature and processing purpose.
  - Opt out of profiling in furtherance of decisions that produce legal or similarly significant effects.

- **Oregon, Minnesota**:
  - Obtain a copy of a list of third parties with which your information was shared.

Sterling respects and processes all requests regardless of whether such a state has a comprehensive data privacy law.

## Section 13 – DISCLOSURE OF THE USE OF AUTOMATED DECISION-MAKING TECHNOLOGY.

We use automated decision-making technology ("**ADMT**") solely to enhance, streamline and improve upon the efficiency of our internal business purposes. This technology involves the use of algorithms and machine learning. Our ADMT is not utilized to process, collect, or analyze your Personal Information, meaning that any Personal Information you provide to us is not subject to an automated decision-making process.

## Section 14 – DISCLAIMERS.

As previously described in this Privacy Notice, Sterling is a **"Data Broker"**, meaning we buy, sell, and license your Personal Information.

Your Personal Information may have been acquired by our third-party sources and transferred to Sterling in accordance with the privacy policies of our third-party sources. If your Personal Information was acquired by our third-party sources, what we can and cannot do shall be based on, and in accordance with the privacy policies of our third-party sources, which we strongly recommend that you review. These policies will provide you with important information regarding how your Personal Information is used, maintained and protected by these third parties (if any). If you have any questions or concerns about the privacy policies of such third parties, we recommend that you contain them directly.

Please be advised that we may not be the only person or entity with access to your Personal Information. While we may have acquired your information, including Personal Information from our third-party sources, our third-party sources may have also sold or licensed your Personal Information to other persons or entities, or may still be in possession of your Personal Information. It is conceivable, if not likely, that if you submit a request for us to delete your Personal Information, and we do, that your Personal Information may be in the hands of multiple persons or entities, and that you may need to contact each person or entity to prevent your Personal Information from being sold. We may have no relationship with and may

not have access to the names of other persons or entities who have access to your Personal Information. Thus, we only maintain responsibility for Personal Information you provide to or collected by Sterling and not that which is maintained by third parties

.

**Section 15 – GENERAL.**

**15.1 Changes to this Privacy Notice.** This Privacy Notice is kept under regular review and may be updated from time to time. When we make changes to this Privacy Notice, we will change the "Last Updated" date above. If a material change is made to this Privacy Notice, we may choose to provide notice to you in advance of such change, such as by posting notice of that change on the first page of this Privacy Notice or on our homepage, or by emailing your email address of record with us.

**15.2 Changes to your Personal Information.** It is important that the information we hold about you is accurate and current. Please keep us informed as soon as possible if your Personal Information changes or is inaccurate during your relationship with us by using the contact details set out below.

**15.3 Contact Us.** If you have any concern about our privacy practices, please contact us by email at privacy@sterling.ai, or by writing to us at:

Sterling Data Company LLC
500 Westover Dr. #92215, Sanford, NC 27330



# EXHIBIT C



Industries ⌄    Products ⌄    Company ⌄    Newsroom    Contact    Leave Us a Note    Schedule a Demo

Free Testers Available

# Sterling for Politics

Harness the power of AI. Maximize fundraising for your campaign, PAC, or party committee.



### Email Acquisition

Get active, deliverable email targets to reach your audience.



### Mobile Acquisition

Get active, deliverable mobile targets to reach your audience.



### P2P Texting List Rentals

Rent a mobile fundraising list for a day and convert donors with ease.



### Cell Matching

Enrich existing lists with m[...] numbers.








THE STERLING ADVANTAGE

# Political Benefits



### Fast Returns

Most Sterling clients see their lists achieve 100% ROI within 6 months. That's our AI-driven targeting and industry-leading contact info at work.



### Guaranteed Performance

We know how important every buy is for your budget so we look for ways to ensure your buy succeeds. We want to hear your feedback on lists and see how we can help them perform.



### Flexible Payment Options

Sterling allows qualified campaigns to pay off their costs through their returns. That could mean monthly installments or payments tied to ROI milestones.



### No Contract Shenanigans

Our contracts are straightforward and do not lock you into anything you didn't sign up for.



**Sterling**
For Politics

**Acquisition done right. Quality data at the lowest prices.**

Schedule a demo

**OUR IMPACT**

# Your Success

## 100%

### ROI on List Acquisition Within 3 Months

- AI-driven targeting to connect with donors who are motivated to give.
- Confirmed contact info to actually reach prospective donors.

## 70-150%

### ROI on P2P Texting List Rental Within 48 hours

- Acquire up to thousands of new donors with each rental list you send.
- 140-500% ROI in 3 months (after additional solicitation from the campaign).

## 70-100%

### Match Rates for your Missing Data

- Get a leg up on your competition when you can reach leads that they can't.
- We are contact data specialists; no data company matches this many emails & phones with such high accuracy.

# Product Calculator



SELECT SERVICE

List Acquisition                                    200.000

PRODUCT TYPE

Select

YOUR BUDGET

$                                                   USD

Total Deliverables



 Pay now

 Pay Later*

 Pay with ROI*

*Available qualified committees only, payment windows vary based on Sterling's assessment.

Learn About Pricing



OUR WORK

# News & Articles



**The AI political campaign is here**

Learn More...



**How AI is already changing the 2024 election**

Learn More...



**US braces for first election battle fought with new AI tools**

Learn More...



**Will AI decide America's next president?**

Learn More...

**WORK WITH STERLING**

# You're in Good Company

Whether your goal is to identify the best targets, find accurate contact information, or enrich your current data, we use data technologies to make outreach efficient and effective. Our AI-driven targeting, quality data, and hands-on support help you easily reach the right people — right where they are.



### The Right Targets

Our unparalleled contact data, paired with precise targeting, make your outreach more efficient and effective. Using the power of AI, we can quickly identify the right targets and gather reliable contact information to guarantee ROI.



### Accurate Contact Information

It's one thing to identify the best targets. It's another to actually get a hold of them. Our Precise AI Verification system identifies a target's primary email addresses and confirms their mobile numbers, giving you accurate, high-quality contact data.



### Clients First

We have worked with over 1,000 campaigns, nonprofits, and businesses. Regardless of the cost, we've always put their needs above our profits.



AS SEEN IN

**Forbes**        **AXIOS**    **B B C**    **BUSINESS INSIDER**    *The Atlantic*

**DAILY BEAST**    **The Telegraph**        



**IT STARTS WITH A HELLO**

# Get in Touch!



### Contact Sterling

Shoot us an email at
hello@sterling.ai or submit a form.

Submit a form



### Pricing Inquiry

Send us some information on what
you're looking for.

Send a pricing inquiry



### Sterling in Action!

Schedule a call to see how Sterling
can help.

Schedule a demo

**LEARN MORE**

Product Calculator

Schedule a Demo

FAQs

Pricing Options

**PRODUCTS**

Data Acquisition

Texting List Rentals

Data Enrichment

**COMPANY**

About Sterling

Newsroom

Knowledge Base

Leave Us a Note

**POLICIES**

Terms of Use

Privacy Policy

Cookie Policy

Do Not Sell Form

**FOLLOW US ON SOCIAL MEDIA**

**Sterling** Data Company

Sterling acknowledges and respects the Global Privacy Control Signal sent by a user's browser, meaning we will not sell a user's personal information if the GPC is activated, in accordance with the California Consumer Privacy Act (CCPA), and other applicable data privacy laws.

By using our website, you agree to our terms of use, privacy policy and use of cookies. We use cookies to provide you with a great experience and to help our website run effectively. For Do Not Sell My Information requests and other Personal Information requests, use the form found at the bottom of our Privacy Policy.

Terms of Use | Privacy Policy | Cookie Policy

# EXHIBIT D

Case 1:25-cv-09963-HB    Document 15-4    Filed 10/27/25    Page 2 of 6 Page

**Sterling**    Solutions    Products    Company    News    Contact    Schedule a Demo

Free Testers Available

# AI-Driven Data Acquisition as a Service

Sterling makes it easy for campaigns, causes, and companies to find and connect with the people who care.



### Sterling for Politics

Political Donor Acquisition via Email + SMS

Learn more...



### Sterling for Nonprofits

Nonprofit Donor Acquisition via Email + SMS

Learn more...



### Sterling for Business

Contact Information for B2B and B2C Businesses

Learn more...









WORK WITH STERLING

# You're in Good Company

Whether your goal is to identify the best targets, find accurate contact information, or enrich your current data, we use data technologies to make outreach efficient and effective. Our AI-driven targeting, quality data, and hands-on support help you easily reach the right people — right where they are.



### The Right Targets

Our unparalleled contact data, paired with precise targeting, make your outreach more efficient and effective. Using the power of AI, we can quickly identify the right targets and gather reliable contact information to guarantee ROI.



### Effortless Outreach

We make outreach feel effortless — for a new campaign fundraiser or an experienced development officer. Our products are thoughtfully designed with simplicity in mind, so our clients can spend more time engaging in meaningful conversations with prospective audiences instead of navigating complicated systems and spreadsheets.



### Clients First

Sterling has helped thousands of campaigns, causes, and companies find and connect with the people who care about their issues. We provide top-notch data and products at a fraction of the cost, ensuring our clients can achieve impactful results without breaking the bank.



AS SEEN IN

   

**Forbes**  **CNN**  **AXIOS**  **BBC**  **BUSINESS INSIDER**  *The Atlantic*

**DAILY BEAST**  **The Telegraph**  **Bloomberg**  **The Washington Times**

OUR SOLUTIONS

# Products



### Data Acquisition

Don't have people to contact? We can find them for you.

**Learn More...**



### Data Enrichment

Missing mobile numbers or email addresses for your contacts? We can fill in those blanks.

**Learn More...**



### Texting List Rentals

Rent a mobile fundraising list for a day and see high ROI.

**Learn More...**

# Product Calculator



SELECT SERVICE

Data Acquisition

PRODUCT TYPE

Select

YOUR BUDGET

$                                                                    USD

Total Deliverables

Pay now

Pay Later*

Pay with ROI*

*Available to qualified committees only. Payment windows vary based on Sterling's assessment.

**Pricing may vary depending on discount and volume.

Learn About Pricing

## OUR WORK

# News & Articles



**The AI political campaign is here**

Learn More...



**How AI is already changing the 2024 election**

Learn More...



**US braces for first election battle fought with new AI tools**

Learn More...



**Will AI decide America's next president?**

Learn More...



**IT STARTS WITH A HELLO**

# Get in Touch!



### Contact Sterling

Shoot us an email at acq@sterling.ai or submit a form.

Submit a form



### Pricing Inquiry

Send us some information on what you're looking for.

Send a pricing inquiry



### Sterling in Action!

Schedule a call to see how Sterling can help.

Schedule a demo

**LEARN MORE**

Product Calculator

Schedule a Demo

FAQs

Pricing Options

**PRODUCTS**

Data Acquisition

Texting List Rentals

Data Enrichment

**COMPANY**

About Sterling

Newsroom

Knowledge Base

Leave Us a Note

**POLICIES**

Terms of Use

Privacy Policy

Cookie Policy

Do Not Sell Form

**FOLLOW US ON SOCIAL MEDIA**







Sterling acknowledges and respects the Global Privacy Control Signal sent by a user's browser, meaning we will not sell a user's personal information if the GPC is activated, in accordance with the California Consumer Privacy Act (CCPA), and other applicable data privacy laws.

By using our website, you agree to our terms of use, privacy policy and use of cookies. We use cookies to provide you with a great experience and to help our website run effectively. For Do Not Sell My Information requests and other Personal Information requests, use the form found at the bottom of our Privacy Policy.

Terms of Use | Privacy Policy | Cookie Policy

# EXHIBIT E

Case 1:25-cv-09963-HB    Document 15-5    Filed 10/27/25    Page 2 of 5 Page

 

# About Sterling

Sterling helps campaigns, causes, and companies find and connect with the people who care.

## What We're All About

We specialize in donor acquisition. We maximize fundraising for political campaigns, PACs, nonprofits, and charities. We'll achieve success for your campaign using our unparalleled AI-driven targeting and Tier 1 contact data intelligence.

AS SEEN IN

  

  



# The Sterling Mission

Sterling helps campaigns, causes, and companies find and connect with the people who care.

Poor data and outdated systems have become the norm, making outreach feel frustrating instead of fulfilling. We know what that feels like, so we created a better way.

We believe it should be simple to know who to contact and how, so you have more time to talk about what matters — whether it's a trailblazing candidate, a timely cause, or a groundbreaking product.

Sterling is revolutionizing the outreach industry by providing AI-driven targeting, unparalleled contact data quality, and dedicated support, all at an affordable price. We know that easily finding and reaching the right people is pivotal to winning a campaign or building a movement — which is why we use cutting-edge technology to make outreach more efficient and effective than ever before. Because when outreach is easy, you can create more connections that count.



### Ease

We make outreach feel effortless — whether you're a new campaign fundraiser or an experienced development officer. Our products are thoughtfully designed with simplicity in mind, so our clients can spend more time engaging in meaningful conversations with prospective audiences instead of navigating complicated systems and spreadsheets.



### Empathy

We understand our clients because we've experienced the challenges that hinder successful outreach. That's why we've developed our products from real-world problems and solved them firsthand. Our team intimately understands the frustrations commonly encountered in outreach, and we bring that experience, expertise, and empathy to every client interaction.

Case 1:25-cv-09963-HB    Document 15-5    Filed 10/27/25    Page 4 of 5 PageID: 232



### Effectiveness

Our unparalleled contact data, paired with precise targeting, make your outreach more efficient and effective. Using the power of AI, we can quickly identify the right targets and gather reliable contact information to guarantee ROI.



### Affordability

We believe that high-quality, streamlined outreach solutions should be accessible to all. We know that seamlessly connecting with the right people is crucial to achieving your goals.

That's why we are dedicated to keeping our prices affordable without compromising quality. We provide top-notch data and products at a fraction of the cost, ensuring our clients can achieve impactful results without breaking the bank.



# Purpose, Collaboration, Fun

**Check Open Positions**

IT STARTS WITH A HELLO

# Get in Touch!



### Contact Sterling

Shoot us an email at
hello@sterling.ai or submit a form.

**Submit a form**



### Pricing Inquiry

Send us some information on what
you're looking for.

**Send a pricing inquiry**



### Sterling in Action!

Schedule a call to see how Sterling
can help.

**Schedule a demo**

**LEARN MORE**

Product Calculator
Schedule a Demo
FAQs
Pricing Options

**PRODUCTS**

Data Acquisition
Texting List Rentals
Data Enrichment

**COMPANY**

About Sterling
Newsroom
Knowledge Base
Leave Us a Note

**POLICIES**

Terms of Use
Privacy Policy
Cookie Policy
Do Not Sell Form

**FOLLOW US ON SOCIAL MEDIA**

**Sterling**
Data Company

Sterling acknowledges and respects the Global Privacy Control Signal sent by a user's browser, meaning we will not sell a user's personal information if the GPC is activated, in accordance with the California Consumer Privacy Act (CCPA), and other applicable data privacy laws.

By using our website, you agree to our terms of use, privacy policy and use of cookies. We use cookies to provide you with a great experience and to help our website run effectively. For Do Not Sell My Information requests and other Personal Information requests, use the form found at the bottom of our Privacy Policy.

Terms of Use | Privacy Policy | Cookie Policy