**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel. (609) 514-5947
Fax (609) 951-0824

*Attorneys for Defendant Sterling Data Company LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>                    Plaintiffs,<br><br>v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                    Defendants. | Case No.: 1:25-cv-09963-HB<br><br>**ORDER GRANTING DEFENDANT STERLING DATA COMPANY LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

**THIS MATTER** having been opened to the Court by Reed Smith LLP, attorneys for Defendant, Sterling Data Company LLC, on a Motion for Judgment on the Pleadings; and the Court having reviewed the moving and responding papers and the arguments of counsel; and for good cause shown;

**IT IS THIS** _____ **DAY OF** _____ **2025, ORDERED**

1. Defendant Sterling Data Company LLC's Motion for Judgment on the Pleadings shall be and hereby is **GRANTED**; and

- 2 -

2. Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are covered persons, Patrick Colligan, and Peter Andreyev's Complaint is **DISMISSED WITH PREJUDICE**; and

3. Counsel for Defendant Sterling Data LLC shall serve a copy of this Order upon all parties within seven (7) days of its receipt hereof.

_____
HON. HARVEY BARTLE, U.S.D.J.

[ ] Opposed
[ ] Unopposed