**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel. (609) 514-5947
Fax (609) 951-0824

*Attorneys for Defendant Sterling Data Company LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No.: 1:25-cv-09963-HB<br><br>Motion Returnable: December 15, 2025<br><br><br><br>**CERTIFICATION OF SERVICE** |

     I hereby certify that on this date, I caused to be filed via electronic filing the following documents with the United States District Court for the District of New Jersey:

(1) Notice of Defendant Sterling Data Company LLC's ("Defendant") Motion for Judgment on the Pleadings;

(2) Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings;

(3) Certification of David G. Murphy, Esquire with exhibits;

(4) Proposed Order Granting Defendant's Motion for Judgment on the Pleadings; and

- 1 -

- 2 -

(5)   This Certification of Service.

I hereby further certify that on this date, I caused copies of the foregoing documents to be served to all counsel of record via ECF.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**REED SMITH LLP**

<u>/s/David G. Murphy</u>
David G. Murphy, Esq.

*Attorneys for Defendant*
*Sterling Data Company LLC*

Dated:  October 27, 2025