| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh, Esq. (032462005)<br>Kathleen Barnett Einhorn, Esq. (040161992)<br>Jessica A. Merejo, Esq. (288592020)<br>1 Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>Telephone: (973) 577-5500<br>Email: rparikh@pemlawfirm.com<br>           keinhorn@pemlawfirm.com<br>           jmerejo@pemlawfirm.com | **PORZIO, BROMBERG & NEWMAN, P.C.**<br>Vito A. Gagliardi, Jr., Esq. (024821989)<br>Alfred R. Brunetti, Esq. (028212002)<br>Sarah A. Wisniewski, Esq. (434562023)<br>100 Southgate Parkway<br>Morristown, New Jersey  07962-1997<br>Telephone: (973) 538-4006<br>Fax: (973) 538-5146<br>Email:  vagagliardi@pbnlaw.com<br>            arbrunetti@pbnlaw.com<br>            sawisniewski@pbnlaw.com |

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Patrick Colligan and Peter Andreyev*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>          Plaintiffs,<br><br>v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>          Defendants. | Civil Action No.: 1:25-cv-09963-HB<br><br>**DOCUMENT ELECTRONICALLY FILED**<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this court, enters her appearance as counsel for Plaintiffs Atlas Data Privacy Corporation, Patrick Colligan and Peter Andreyev, and requests that all papers in this action be served upon the undersigned at the address set forth below.

8178487

2

Dated: November 12, 2025

                                              **PORZIO, BROMBERG & NEWMAN, P.C.**

                                              By:   s/Sarah A. Wisniewski
                                                      Sarah A. Wisniewski
                                            100 Southgate Parkway
                                            Morristown, New Jersey 07960
                                            Tel: 973-538-4006
                                            Email: sawisniewski@pbnlaw.com
                                            *Attorneys for Plaintiffs Atlas Data Privacy Corporation, Patrick Colligan and Peter Andreyev*

8178487