**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel. (609) 514-5947
Fax (609) 951-0824

*Attorneys for Defendant Sterling Data Company LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No.: 1:25-cv-09963-HB<br><br><br>**NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO RULE 5.1** |

Defendant Sterling Data Company LLC ("Sterling"), by and through its undersigned counsel, hereby files this Notice of Constitutional Question (the "Notice"). Under Rule 5.1 of the Federal Rules of Civil Procedure, Sterling states as follows:

Plaintiffs Atlas Data Privacy Corporation, as assignee of individual who are "Covered Persons" ("Atlas"), Patrick Colligan ("Colligan"), and Peter Andreye ("Andreyev") (collectively, "Plaintiffs") filed a complaint alleging that Sterling violated the New Jersey statute known as Daniel's Law, N.J.S.A. §§ 47:1B-1 to -4 and 56:8-166.1. On October 27, 2025, Sterling filed its

Answer and Affirmative Defenses (*Dkt. No. 15*) and its Motion for Judgment on the Pleadings (*Dkt. No. 16*), contending that as applied to Sterling, Daniel's Law violates its rights to free speech guaranteed by the First Amendment to the United States Constitution, Article I, Paragraph 6 of the New Jersey State Constitution, Article I, Section 4 of the Illinois State Constitution, Article I, Section 2 of the California State Constitution, Article I, Section 14 of the North Carolina State Constitution, and any other applicable state constitutions.

**REED SMITH LLP**

*/s/David G. Murphy*
David G. Murphy, Esq.

*Attorneys for Defendant*
*Sterling Data Company LLC*

Dated:  November 12, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, November 12, 2025, I filed the Notice of Constitutional

Question Pursuant to Rule 5.1 on behalf of Defendant Sterling Data Company LLC and served

copies via email and ECF to the following counsel of record for the parties:

> Vito A. Gagliardi, Jr.
> Alfred R. Brunetti
> Sarah Wisniewski
> Porzio, Bromberg & Newman, PC
> 100 Southgate Parkway
> Morristown, New Jersey
> vagagliardi@pbnlaw.com
> arbrunetti@pbnlaw.com
> sawisniewski@pbnlaw.com

> *Attorneys for Plaintiffs Atlas Data Privacy Corp.,*
> *Patrick Colligan, & Peter Andreyev*

> Kashif Chand
> Assistant Attorney General
> PO Box 45029
> Newark, New Jersey 07101
> kashif.chand@law.nj.gov

> *Office of the Attorney General*
> *Department of Law and Public Safety*

> **REED SMITH LLP**

> */s/David G. Murphy*
> David G. Murphy, Esq.

> *Attorneys for Defendant*
> *Sterling Data Company LLC*

Dated:  November 12, 2025