

**David Murphy**
Email: dmurphy@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

November 17, 2025

<u>Via ECF</u>

Hon. Harvey Bartle, III, U.S.D.J.
16614 U.S. Courthouse
601 Market Street, Courtroom 16-A
Philadelphia, Pennsylvania 19106

**Re:** <u>**Atlas Data Privacy Corporation v. Sterling Data Company LLC**</u>
**District of New Jersey Civil Action No.: 1:25-cv-9963-HB**

Dear Judge Bartle:

    This firm represents Defendant Sterling Data Company LLC ("Sterling"). We submit this letter jointly with counsel for Plaintiffs Atlas Data Privacy Corporation, Patrick Colligan, and Peter Andreyev (collectively, "Plaintiffs"), and the New Jersey Office of the Attorney General (the "NJAG").

    Sterling writes to confirm that it does not object to the NJAG's request to intervene in this matter. (*See* Dkt. No. 17). Further, counsel for Sterling, Plaintiffs, and the NJAG have conferred and respectfully request that Plaintiffs' deadline to oppose Sterling's Motion for Judgment on the Pleadings (Dkt. No. 16), along with any deadline for the NJAG to respond to the motion, be extended until further order from the Court. The parties respectfully request that this matter be administratively stayed in its entirety pending decisions from the United States Court of Appeals for the Third Circuit in the matter captioned *Atlas Data Privacy Corp. v. We Inform, LLC*, case number 25-1555, along with the questions certified to the Supreme Court of New Jersey, which were accepted on October 27, 2025, and are pending under docket number 091145.[1] The parties agree that the stay would be in the best interest of judicial economy, could impact the parties' arguments regarding Sterling's pending motion, and may afford the parties an opportunity to reach an amicable resolution that could obviate the need for any further litigation.

    We thank the Court for its time and attention with this matter.

Respectfully Submitted,

*/s/ David G. Murphy*
David G. Murphy

cc: Counsel of Record (via ECF and email)

---

[1] Should the Court require a formal application to stay these proceedings pending appeal, the parties are prepared to confer with respect to submitting a comprehensive joint motion.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware