# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>Sterling Data Company, LLC, et. al.</u>  )<br>*Defendant*  )  | Case No. 25-9963 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date:    <u>11/19/2025</u>

*Patrick J. Misale*
<u>_____</u>
*Attorney's signature*

PATRICK J. MISALE
N.J. Bar No. 401352022
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

PATRICK.MISALE@LAW.NJOAG.GOV
*E-mail address*

609-696-4369
*Telephone number*

973-648-3879
*FAX number*