

### *State of New Jersey*

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Director*

December 19, 2025

**<u>VIA CM/ECF</u>**
Hon. Harvey Bartle, III, U.S.D.J.
U. S. District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:    *Atlas Data Privacy Corporation, et al. v. Sierra Creative Systems, Inc.*, No. 1:25-cv-11870-HB; *Atlas Data Privacy Corporation, et al. v. Sterling Data Company LLC.*, No. 1:25-cv-09963-HB.

Dear Judge Bartle:

We write on behalf of Intervenor Matthew J. Platkin, Attorney General of New Jersey, regarding recent motions filed by Defendants Sierra Creative Systems, Inc. ("Sierra") and Sterling Data Company LLC (Sterling) (collectively "Defendants"), raising constitutional challenges to Daniel's Law, N.J.S.A. 47:1A-1, *et seq.*, and N.J.S.A. 56:8-166.1 (collectively, "Daniel's Law") under the First Amendment.

On October 17, 2025, *Sierra* filed a motion to dismiss notice, Dkt. No. 12, seeking to dismiss the Plaintiff's complaint by wholly relying upon briefing filed in support of: (1) the defendants' consolidated motion to dismiss Plaintiffs' complaint due to facial unconstitutionality filed June 10, 2024, under Dkt. No. 27 in the related action captioned *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 24-04105; and (2) the defendants' consolidated motion to dismiss pursuant to Rule 12(b)(6) filed March 18, 2025, under Dkt. No. 59 in the related action captioned *Atlas Data Privacy Corp. v. DM Group Inc.*, Case No. 24-04075. On October 27, 2025, *Sterling* filed a brief in support of their motion for judgment on the pleadings, Dkt. No. 16, wherein *Sterling* argues that Daniel's Law is unconstitutional as applied because it violates *Sterling's* right to free speech. Additionally, *Sterling* also joins the motions to dismiss filed June 10, 2024, under Dkt. No. 27 in the related action captioned *Atlas Data Privacy Corporation, et. al. v. Lightbox Parent, L.P., et al.*, Case No. 24-04105 and the defendants'



124 Halsey Street, Newark, NJ 07101 • TELEPHONE: (973) 648-4441 • FAX: (973) 648-3956
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

consolidated motion to dismiss pursuant to Rule 12(b)(6) filed March 18, 2025, under Dkt. No. 59 in the related action captioned *Atlas Data Privacy Corp. v. DM Group Inc.*, Case No. 24-04075.

In light of the Court's November 18, 2025 order on the *Sterling* docket, Dkt. No. 23, and on the *Sierra* docket, Dkt. No. 15, setting December 19, 2025 as the deadline to file opposition briefs in response to Defendants' motions to dismiss and for judgment on the pleadings, the Attorney General requests—as no novel issues have been presented by Defendants—that this Court rely on the Attorney General's prior briefing submitted in *Atlas Data Privacy Corp. v. We Inform*, 758 F. Supp. 3d 322 (D.N.J. 2024), and the Court's prior decision in that matter denying Defendants' motion to dismiss on First Amendment grounds, in addition to the Attorney General's Third Circuit briefing in the captioned matter *Atlas Data Privacy Corp. v. We Inform, LLC*, Nos. 25-1555 through -1578, 25-1580 through -1593, 25-1676, 25-1677 (3d Cir.).

We appreciate the Court's consideration of this matter.

Respectfully,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:_____
    Kashif Chand
    Assistant Attorney General
    Kashif.Chand@law.njoag.gov