IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STERLING DATA COMPANY LLC, et al. | : | NO. 25-9963 |

ORDER

AND NOW, this 24th day of February 2026, it is hereby ORDERED that the court will hold Oral Argument regarding the motion of the defendant for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure in Courtroom No. 5D in the United States Courthouse in Camden, New Jersey on Tuesday, March 17, 2026 at 10:00 a.m.  The parties shall be prepared to discuss <u>Barr v. American Association of Political Consultants, Inc.</u>, 591 U.S. 610 (2020).

BY THE COURT:


/s/  Harvey Bartle III
                                                    J.