**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Kathleen Barnett Einhorn, Esq. (040161992)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email: rparikh@pemlawfirm.com
　　　keinhorn@pemlawfirm.com
　　　jmerejo@pemlawfirm.com

**PORZIO, BROMBERG & NEWMAN, P.C.**
Vito A. Gagliardi, Jr., Esq. (024821989)
Alfred R. Brunetti, Esq. (028212002)
Sarah A. Wisniewski, Esq. (434562023)
5 Sylvan Way, Suite 110
Parsippany, New Jersey  07054
Telephone: (973) 538-4006
Fax: (973) 538-5146
Email:  vagagliardi@pbnlaw.com
　　　　arbrunetti@pbnlaw.com
　　　　sawisniewski@pbnlaw.com

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Patrick Colligan and Peter Andreyev*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>　　　　　Defendants. | Civil Action No.: 1:25-cv-09963-HB<br><br>**DOCUMENT ELECTRONICALLY FILED**<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this court, enters his appearance as counsel for Plaintiffs Atlas Data Privacy Corporation, Patrick Colligan and Peter Andreyev, and requests that all papers in this action be served upon the undersigned at the address set forth below.

Dated: March 11, 2026

10064135

2

**PORZIO, BROMBERG & NEWMAN, P.C.**

By: <u>s/Alfred R. Brunetti</u>
   Alfred R. Brunetti
5 Sylvan Way, Suite 110
Parsippany, New Jersey 07054
Tel: 973-538-4006
Email: arbrunetti@pbnlaw.com
*Attorneys for Plaintiffs Atlas Data Privacy*
*Corporation, Patrick Colligan and Peter Andreyev*

2

10064135