

**Driving progress**
**through partnership**

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

**David Murphy**
Email: dmurphy@reedsmith.com

March 18, 2026

<u>**Via ECF**</u>

Hon. Harvey Bartle, III, U.S.D.J.
16614 U.S. Courthouse
601 Market Street, Courtroom 16-A
Philadelphia, Pennsylvania 19106

Re:     <u>**Atlas Data Privacy Corporation v. Sterling Data Company LLC**</u>
          **District of New Jersey Civil Action No.: 1:25-cv-9963-HB**

Dear Judge Bartle:

This firm represents Defendant Sterling Data Company LLC ("Sterling"). I submit this letter, with the consent of Plaintiffs Atlas Data Privacy Corporation, Patrick Colligan, and Peter Andreyev (collectively, "Plaintiffs"), seeking an adjournment of the oral argument scheduled for Thursday, March 19, 2026, at 10:00 a.m.

This adjournment is requested because I have fallen ill during the course of the day, today, and I am currently experiencing cold or flu symptoms, including a fever and coughing. This morning, I was not experiencing these symptoms, but they have developed and grown gradually worse over the course of the day—members of my household have been experiencing these symptoms over the past few days, so I believe I have contracted the same illness. Due to the illness, I am unable to complete my preparation for, and otherwise appear at, tomorrow's oral argument.

As noted above, Plaintiffs' counsel has courteously consented to an adjournment. The parties propose rescheduling the argument for March 24th, 25th, or 26th, as counsel for the parties have confirmed availability for the argument. If none of these dates are convenient for the Court, please do not hesitate to contact me, and I can confer with Plaintiffs' counsel to propose additional dates in April.

We thank the Court for its time and attention with this matter.

Respectfully Submitted,

*/s/ David G. Murphy*
David G. Murphy

cc:     Counsel of Record (via ECF)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware