IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY               :        CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
STERLING DATA COMPANY LLC, et    :        NO. 25-9963
al.                              :

ORDER

AND NOW, this 18th day of March 2026, pursuant to the March 18, 2026 letter request of defense counsel (Doc. #36), it is hereby ORDERED that the Oral Argument regarding the motion of the defendant for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure is rescheduled from Thursday, March 19, 2026 to Tuesday, March 24, 2026 at 10:00 a.m.  The Oral Argument will take place in Courtroom No. 5D in the United States Courthouse in Camden, New Jersey.  The parties shall be prepared to discuss Barr v. American Association of Political Consultants, Inc., 591 U.S. 610 (2020).

BY THE COURT:


/s/  Harvey Bartle III
                                              J.