UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

                                       **DATE OF PROCEEDING**:    March 24, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    META GODDARD

**TITLE OF CASE:**                        **DOCKET NO.:** 25-9963 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
STERLING DATA COMPANY, LLC, et al.

**APPEARANCES:**
Rajiv Parikh, Esq., Alfred Brunetti, Esq., and Sarah Wisniewski, Esq., for Plaintiffs
David Murphy, Esq., for Defendant Sterling Data Company

**NATURE OF PROCEEDINGS**:    HEARING ON [16] MOTION FOR JUDGMENT ON THE
                                                    PLEADINGS

Hearing on [16] Motion for Judgment on the Pleadings held on the record.

                                            s/Lawrence Macstravic
                                            Deputy Clerk

Time Commenced: 10:05a.m.    Time Adjourned: 11:05a.m.    Total Time in Court: 1:00