IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY            :         CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :
STERLING DATA COMPANY LLC,    :         No. 25-9963
et al.                        :

ORDER

AND NOW, this 22nd day of April 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion by Sterling Data Company, LLC for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure (Doc. # 16) is DENIED.

BY THE COURT:


/s/   Harvey Bartle III
                                              J.