**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Drive, Suite 300
Princeton, New Jersey 08540
Tel (609) 520-6014
Fax (609) 951-0824
*Attorneys for Defendant Sterling Data Company LLC*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:25-cv-09963-HB<br><br>*Motion Returnable:*<br>*June 15, 2026*<br><br>**DEFENDANT'S NOTICE OF MOTION TO CERTIFY ORDER FOR IMMEDIATE APPEAL** |

To:   Vito A. Gagliardi, Esq.
      Alfred R. Brunetti, Esq.
      Sarah Wisniewski, Esq.
      Porzio Bromberg & Newman
      100 Southgate Parkway
      Morristown, NJ 07960
      Tel. (973) 583-4006
      *Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on June 15, 2026 at 9:00 a.m., or at a time and date as to

be determined by the Court, the undersigned counsel for Defendant Sterling Data Company LLC's

("Defendant") shall move before the Hon. Harvey Bartle, III, U.S.D.J., in the United States District

- 2 -

Court for the District of New Jersey located at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, New Jersey 08101, for an Order granting Defendant's Motion to Certify Order for Immediate Appeal pursuant to Fed. R. Civ. Pro. 28 U.S.C. §1292(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant shall rely on its Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order has been submitted herewith pursuant to the Rules of this Court.

**REED SMITH LLP**

*/s/ David G. Murphy*
David G. Murphy, Esq.

*Attorneys for Defendant*
Dated:  May 26, 2026                          *Sterling Data Company LLC*

- 2 -