**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,

Plaintiffs,

v.

STERLING DATA COMPANY LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

Defendants.

Civil Action No.: 1:25-cv-09963-HB

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Rajiv D. Parikh, Esq., of PEM Law LLP, attorneys for Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons,* Patrick Colligan and Peter Andreyev (collectively, "Plaintiffs") hereby enters this Notice of Appearance in the above-captioned matter on behalf of Plaintiffs.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

*/s/Rajiv D. Parikh*
RAJIV D. PARIKH

Dated: June 1, 2026