

**Rajiv D. Parikh, Esq.**
**Partner**
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

June 15, 2026

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

  **Re: Atlas Data Privacy Corporation v. Sterling Data Company, LLC, et al.**
    **Civil Action No.: 1:25-9963 (HB)**

Dear Judge Bartle:

  Kindly accept this letter in lieu of a more formal submission on behalf of Plaintiffs in response to defendant Sterling Data Corporation's Motion to Certify Order for Immediate Appeal [Docket Entry No. 46].

  Plaintiffs take no position with respect to Defendant's application.

  Thank you for the Court's continued assistance with this matter.

      Respectfully submitted,

      **PEM LAW LLP**

      *s/ Rajiv D. Parikh*
      RAJIV D. PARIKH

RDP:dmc

c:  Counsel of Record (via CM/ECF)