IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                     :        CIVIL ACTION
CORPORATION, et al.                    :
                                       :
         v.                            :
                                       :
STERLING DATA COMPANY LLC,             :        No. 25-9963
et al.                                 :

ORDER

AND NOW, this 16th day of June 2026, it is hereby ORDERED that the motion of defendant Sterling Data Company, LLC to certify the court's April 22, 2026 Order (Doc. # 42) for immediate appeal pursuant to 28 U.S.C. § 1292(b) (Doc. # 46) is DENIED.

BY THE COURT:


/s/   Harvey Bartle III
                                                        J.