

**ReedSmith**

**Driving progress through partnership**

**David Murphy**
Email:  dmurphy@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

July 16, 2026

**Via ECF**

Hon. Harvey Bartle, III, U.S.D.J.
16614 U.S. Courthouse
601 Market Street, Courtroom 16-A
Philadelphia, Pennsylvania 19106

Re:   **Atlas Data Privacy Corporation v. Sterling Data Company LLC**
       **District of New Jersey Civil Action No.: 1:25-cv-9963-HB**

Dear Judge Bartle:

This firm represents Defendant Sterling Data Company LLC ("Sterling").  We submit this letter to respectfully advise the Court and counsel for Plaintiffs Atlas Data Privacy Corporation, Patrick Colligan, and Peter Andreyev ("Plaintiffs") that Sterling fully joins and incorporates the Motion for Reconsideration of June 30, 2026 Order filed on behalf of the defendants in these related matters in the matter captioned *Atlas Data Privacy Corp., et al. v. Rocketreach LLC, et al.*, case number 1:24-4664, at docket entry 122, on July 14, 2026.

We thank the Court for its time and attention with this matter.

Respectfully Submitted,

*/s/ David G. Murphy*
David G. Murphy

cc:     Counsel of Record (via ECF)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware